UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No.: 21-cv-01809-JLS-LL<br><br>**ORDER: (1) RECUSING FROM CASE; AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is a Complaint filed by Plaintiffs John, Jane, and Jill Doe against Defendants San Diego Unified School District, Richard Barrera, Sharon Whitehurst-Payne, Michael McQuary, Kevin Beiser, Sabrina Bazzo, and Lamont Jackson. (ECF No. 1.)  The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated: October 26, 2021

Hon. Janis L. Sammartino
United States District Judge