Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Mark D. Myers, SBN 235719
 mmyers@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Robert E. Weisenburger, SBN 305682
 rweisenburger@limandri.com
Milan L. Brandon II, SBN 326953
 mbrandon@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
 tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
 pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming


*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, et al., | Case No.: 3:21-cv-01809-CAB (LL) |
| Plaintiffs, | **Declaration of Jeffrey M. Trissell, Esq. in Support of Plaintiffs' Ex Parte Application for a Temporary Restraining Order, and Order to Show Cause re: Preliminary Injunction; and for Leave to Proceed Pseudonymously** |
| v. | |
| SAN DIEGO UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |
| | Judge: Hon. Cathy Ann Bencivengo |
| | Courtroom: 15A |
| | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

I, Jeffrey M. Trissell, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of California and in the Southern District of California, and am counsel for Plaintiffs John Doe, Jane Doe and Jill Doe (collectively "Plaintiffs"). As such, I have personal knowledge of the matters set forth below and could and would competently testify thereto if called upon to do so.

### Request for Judicial Notice

2. I prepared the initial draft of the complaint in this action, and compiled the exhibits attached to it. As such, I have personal knowledge of what they are and can confirm that they are all what they purport to be: various governmental documents from Defendant San Diego Unified School District ("SDUSD") or the Office of Governor Gavin Newsom.

3. Attached to the Complaint as **Exhibit 1** is a true and correct copy of Defendant SDUSD's slideshow presentation titled Vaccination Roadmap, dated September 28, 2021. That slideshow presentation was shown at the SDUSD board meeting on September 28, 2021. The slides are available online here: https://go.boarddocs.com/ca/sandi/Board.nsf/files/C797R4004A4C/$file/Vaccine%20Mandate%20Plan.pdf.

4. Attached to the Complaint as **Exhibit 2** is a true and correct copy of Agenda Item # H.3 for Defendant SDUSD's September 28, 2021 Board meeting. That Agenda Item is available online here: https://go.boarddocs.com/ca/sandi/Board.nsf/goto?open&id=C797QH82AB01.

5. Attached to the Complaint as **Exhibit 3** is a true and correct copy of Defendant SDUSD's press release, dated September 29, 2021, announcing the COVID-19 vaccination mandate. That press release is available online here: https://sandiegounified.org/about/newscenter/all_news/san_diego_unified_to_require_covid-19_vaccines.

6. Attached to the Complaint as **Exhibit 4** is a true and correct copy of Defendant SDUSD's letter to "San Diego Unified Families," dated September 29, 2021, announcing the COVID-19 vaccination mandate. That letter is available online here: https://drive.google.com/file/d/1j3iWGAmour-NGqomJ7GSj-Xxsa9DfMj3/view.

7. Attached to the Complaint as **Exhibit 5** is a true and correct copy of Defendant SDUSD's updated "Back to School FAQ" webpage, as it was updated on September 29, 2021. That webpage is available online here: https://sandiegounified.org/cms/One.aspx?portalId=27732478&pageId=35471525#Vaccines.

8. Attached to the Complaint as **Exhibit 6** is a true and correct copy of Governor Gavin Newsom's press release titled "California Becomes First State in Nation to Announce COVID-19 Vaccine Requirements for Schools," and dated October 1, 2021. That press release is available online here: https://www.gov.ca.gov/2021/10/01/california-becomes-first-state-in-nation-to-announce-covid-19-vaccine-requirements-for-schools/.

9. Attached to the Complaint as **Exhibit 7** is a true and correct copy of the document published by "Get Vaccinated California," and titled "California Becomes First State in Nation to Announce COVID-19 Vaccine Will Be Added to List of Required School Vaccinations," as uploaded online on October 1, 2021. That document is available online here: https://www.gov.ca.gov/wp-content/uploads/2021/10/California-Becomes-First-State-in-Nation-to-Announce-COVID-19-Vaccine-to-List-of-Required-School-Vaccinations.pdf.

### Authentication of Exhibits Cited in Moving Papers

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Second Circuit's order dated September 30, 2021, granting an injunction pending appeal in *We the Patriots USA, Inc., et al. v. Hochul, et al.*, No. 21-2179.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of the San Diego Union Tribune article by Kristen Taketa titled "What you need to know about San Diego Unified's vaccine mandate," and dated September 29, 2021. That article is available online here: https://www.sandiegouniontribune.com/news/education/story/2021-09-29/what-parents-need-to-know-about-san-diego-unifieds-new-covid-vaccine-mandate.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of the Breitbart article by Hannah Bleau titled: "MSNBC Guest Calls for Drone Strikes on Americans Opposed to Vaccine Mandates," and dated September 10, 2021. That article is available online here: https://www.breitbart.com/politics/2021/09/10/msnbc-guest-calls-drone-strikes-americans-opposed-vaccine-mandates/.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of the ABC News "This Week" transcript for the program airing on July 25, 2021, involving Speaker Nancy Pelosi and Senator Rob Portman. That transcript is available online here: https://abcnews.go.com/Politics/week-transcript-25-21-speakernancy-pelosi-sen/story?id=79045738.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of the Real Clear Politics article by Tim Hains titled: "Don Lemon: No Shirt, No Shoes, No Vaccine, No Service," and dated August 1, 2021. That article is available online here: https://www.realclearpolitics.com/video/2021/08/01/don_lemon_no_shirt_no_shoes_no_vaccine_no_service.html.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of The Western Journal article by Grant Atkinson titled: "Late-Night Host Ghoulishly Mocks Sick and Unvaccinated: 'Rest in Peace, Wheezy,'" and dated September 8, 2021. That article is available online here: https://www.westernjournal.com/late-night-host-ghoulishly-mocks-sick-unvaccinated-rest-peace-wheezy/.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of The Week article by Ryan Cooper titled: "There's 1 obvious solution to the Delta variant:

Mandatory vaccination," and dated July 23, 2021. That article is available online here: https://theweek.com/coronavirus/1002909/theres-1-obvious-solution-to-the-delta-variant-mandatory-vaccination.

17. Attached hereto as **Exhibit 15** is a true and correct copy of SDUSD Board Policy 6141.2. That Board Policy is available online here: https://p18cdn4static.sharpschool.com/UserFiles/Servers/Server_27732394/File/About/Administrative/Policies%20&%20Procedures/Instruction%20Procedures/BP%206141.2%20Recognition%20of%20Religious%20Beliefs%20and%20Customs.pdf.

18. Attached hereto as **Exhibit 16** is a true and correct copy of SDUSD Board Policy 6144. That Board Policy is available online here: https://techservices.vusd.org/boardpolicies/BP6144.PDF.

Ex Parte Meet and Confer Efforts

19. As explained in the complaint and its supporting documents, all eligible students attending SDUSD schools must be vaccinated against COVID-19 in order to attend school in the spring semester. According to SDUSD's timeline issued on September 28, 2021 at the very latest, all students must receive their first dose of the Pfizer vaccine by Monday, November 29, 2021, and their second dose by Monday, December 20, 2021.

20. After my office was contacted by the Plaintiffs, I prepared the complaint as promptly as I could. It was written within five business days and filed on Friday, October 22, 2021.

21. After we filed the complaint, we have also tried to be as expeditious as possible in having it served. Defendant SDUSD and four Board Trustees were served on Friday, October 29, 2021, after the General Counsel's office was given leave to accept service on their behalf. The other Board Trustee, and the Interim Superintendent, were served on Monday, November 1, 2021.

5

Decl. of Jeffrey M. Trissell, Esq. ISO Plaintiffs' Ex Parte Appl. for a
TRO & OSC re: Prelim. Inj.; & for Leave to Proceed Pseudonymously

22. To initiate a meet and confer pursuant to the local rules and this Court's rules, on Thursday, October 28, 2021, I emailed SDUSD General Counsel Andra M. Greene to reiterate our request that she accept service on behalf of the Defendants. That email also noted that we would shortly be filing an ex parte application for a temporary restraining order, and requested a meet and confer on that application. A true and correct copy of that email is attached hereto as **Exhibit 17**.

23. In response, we were contacted by Attorney Mark R. Bresee, outside litigation counsel for SDUSD and the other Defendants. We then exchanged several emails. A true and correct copy of that email chain is attached hereto as **Exhibit 18**.

24. Attorney Paul Jonna and myself held an initial meet and confer call with Mr. Bresee on Friday, October 29, 2021, and a more fulsome one on November 1, 2021. As part of those calls, Mr. Bresee made clear that the Defendants oppose the injunctive relief sought by Plaintiffs. Mr. Bresee stated that Defendants may or may note oppose Plaintiffs' request to proceed pseudonymously, after reviewing Plaintiffs' application.

25. Also as part of the meet and confer efforts, the parties agreed to an expedited, but reasonable briefing schedule so that this matter is teed up for resolution by the Court in advance of SDUSD's impending vaccination deadlines. According to that schedule:

   a. Plaintiffs file their application on Monday, November 1;

   b. Defendants file their opposition on Monday, November 8; and

   c. Plaintiffs file their reply on Friday, November 12.

Plaintiffs respectfully request that the Court adopt this schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of November, 2021, at Rancho Santa Fe, California.

_____
Jeffrey Trissell

EXHIBIT 8

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT
————————————

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-one.

Before:      Pierre N. Leval,
                  Robert D. Sack,
                  Michael H. Park,
                      *Circuit Judges.*

————————————————————

We The Patriots USA, Inc., Diane Bono,
Michelle Melendez, Michelle Synakowski,

                    *Plaintiffs-Appellants*,            21-2179

         v.

Kathleen Hochul, Howard A. Zucker, M.D.,

                    *Defendants-Appellees.*

————————————————————

Plaintiffs-Appellants move for a temporary injunction pending resolution of this appeal, prohibiting enforcement of New York State's regulation requiring vaccination of specified healthcare workers. IT IS HEREBY ORDERED that the motion is GRANTED IN PART and DENIED IN PART. *See Roman Catholic Diocese of Brooklyn v. Cuomo*, 141 S. Ct. 63, 66 (2020). Appellees are hereby ENJOINED, pending resolution of the appeal or further order of this Court, from enforcing the mandate against persons claiming religious exemptions, in a manner that would violate the terms stated in the temporary restraining order entered by the district court in *Dr. A v. Hochul*, No. 21-cv-1009 (N.D.N.Y. Sept. 14, 2021). The motion is otherwise DENIED.

IT IS FURTHER ORDERED that the appeal will be heard by the panel sitting on October 14, 2021 beginning at 9:00 a.m. Each party will be allotted 10 minutes of argument time. Appellants' brief is due on October 4, 2021 at 9:00 a.m. Appellees' brief is due on October 7, 2021 at 5:00 p.m. The reply brief, if any, is due on October 8, 2021 at 5:00 p.m.

                      FOR THE COURT:
                      Catherine O'Hagan Wolfe, Clerk of Court



**EXHIBIT 9**

# What you need to know about San Diego Unified's vaccine mandate



RN Connie Garcia extracts a dose of the Moderna Covid-19 vaccine which will be administered to a Texas Tech University Health Science Center student at Texas Tech University Health Science Center's Academic Building Monday, Jan. 4, 2021, in Odessa, Texas. (Jacob Ford/Odessa American via AP) (ASSOCIATED PRESS)

## Mandate will immediately affect 6,300 students, 16 and older, who are not fully vaccinated

BY KRISTEN TAKETA

SEPT. 29, 2021 8:14 PM PT

Several thousand San Diego Unified students, age 16 and older, will soon have to get a COVID vaccine or else be barred from in-person learning.

The San Diego Unified School Board approved a vaccine mandate for all staff and eligible students at its Tuesday board meeting. District leaders said it's needed for several reasons: it will help reduce the spread of COVID in and out of schools, it will help keep students in school by minimizing how often students have to quarantine at home, and it will help increase herd immunity in San Diego.

"We understand the complexity of the decision we made, but we as a board went forward unanimously with six votes in support because we follow the science and we know what the right thing to do is," said Zachary Patterson, a student who is a

school board trustee, at a press conference Wednesday.

Here are answers to common parent questions about the new vaccine mandate.

ADVERTISING

**Is the COVID vaccine safe?**

The Food and Drug Administration approved the COVID vaccine because its benefits in reducing the chances of getting sick from COVID clearly outweigh the potential risks, experts said.

Of about 392 million vaccine doses administered to 214 million Americans so far, 0.01 percent may have resulted in serious side effects, according to reports in the federal Vaccine Adverse Event Reporting System website. Experts caution that not all those adverse events reported on VAERS were caused by the vaccine, and VAERS relies on self-reported data and so may be incomplete.

Dr. Howard Taras, San Diego Unified's consulting physician, said people shouldn't just look at a handful of medical studies about a vaccine's safety. He added that it's the FDA's job to review all the research data and literature about a vaccine.



**PAID CONTENT**

**Discover What First Republic Bank's Clients Say. [Testimonials]**

By First Republic Bank - Member FDIC

At First Republic Bank, our goal is to be your financial partner for a lifetime.

"Very few people have the time and energy to go through all the pro and con arguments, and that is why we have the FDA and the advisory committees to the FDA," Taras said.

"When I say I'm pro getting as many students vaccinated as possible if there's FDA approval, it's because I believe in that process, an unbiased, objective process that can either ... approve or not approve a vaccine."

*Kristen Taketa on our San Diego News Fix podcast:*

**Who at San Diego Unified has to be fully vaccinated, and by when?**

All students age 16 and older must be fully vaccinated — meaning they must have received both shots — by Dec. 20. Also all adults who work directly with students, including district staff, contractors, and nonprofit partners, as well as district employees who work on district property, will have to be fully vaccinated by Dec. 20.

**Why do only 16-year-olds and older students have to comply?**

San Diego Unified's vaccine mandate is tied to full approval of the vaccine by the FDA.

The Pfizer/BioNTech COVID vaccine has received full approval for people age 16 and older, so far. The vaccine is authorized by the FDA for emergency use for people 12 and older.

Once the FDA fully approves the vaccine for younger age groups, those students will have to get vaccinated. In the meantime, all those students will be required to test regularly for COVID.

**What happens if students or staff don't get fully vaccinated by Dec. 20?**

Age-eligible students who don't comply will be barred from in-person learning and will be required to learn from home via the district's online academy. They also will be barred from extracurricular activities.

The district said it will discipline employees — including but not limited to termination — who don't comply with the vaccination rule.

San Diego Unified's teachers union had not taken a position on the vaccine mandate as of Tuesday. But union President Kisha Borden said courts and the district's attorneys have made it clear that the law allows San Diego Unified, like other employers, to require staff to be vaccinated against COVID.

**How many people in San Diego Unified will need to be vaccinated?**

The district enrolls about 14,360 students who are 16 and older. Of those, 62 percent have received at least one dose and 56 percent are fully vaccinated, so about 6,300 students will need to be fully vaccinated by Dec. 20. That's out of about 99,000 total students attending school in person.

As for employees, about 81 percent of the district's roughly 14,000 staff have received at least one dose, and 76 percent are fully vaccinated. About 3,400 staff will need to get fully vaccinated.

Prior to Tuesday's meeting, San Diego Unified already required staff to either be fully vaccinated or test weekly for COVID.

**Will there be exceptions to the mandate?**

Students and staff may be given medical exemptions from the mandate on a case-by-case basis.

The mandate allows for "conditional enrollment" of students in certain disadvantaged groups, including homeless students, foster youth, migrant students, military students and students with disabilities.

However, that doesn't mean those students are exempted from the mandate. Those students may have an extra 30-day window to comply with the mandate, because their student records may be more difficult to access, said San Diego Unified School Board President Richard Barrera.

Students with disabilities may also qualify for conditional enrollment based on their medical needs.

**Can I get a "personal belief" exemption from the vaccine mandate?**

San Diego Unified students will not be allowed to opt out of the mandate for personal beliefs.

A 2015 state law banned personal belief exemptions from school vaccines that were required by the state at the time, but it allowed for personal belief exemptions from future school vaccines mandated by the state. The COVID vaccine is not yet mandated by the state.

San Diego Unified is not allowing personal belief exemptions, to follow the logic of that law, Barrera said.

"This is a health and safety issue, and we know from states that allow these sort of personal belief (exemptions), that creates kind of a loophole that means large numbers people don't, in the end, get vaccinated," he said.

San Diego Unified staff, however, will have the chance to apply for religious exemptions, Barrera said. That's because federal law requires employers to offer religious exemptions, he said.

**Which other school districts mandate COVID vaccines?**

San Diego Unified joined a small but growing number of California districts that are mandating COVID vaccines, including Los Angeles Unified, Oakland Unified and Culver City Unified.

County school officials said San Diego Unified is the first San Diego County district they have seen approve a student vaccine mandate.

California health officials are considering a statewide school COVID vaccine mandate, officials said last week. Barrera said he hopes San Diego Unified and the other districts that approved mandates will create enough momentum to convince the state to implement it statewide.

EDUCATION      LATEST      TOP STORIES      LOCAL      HEALTH      POLITICS      LATINO LIFE      COVID-19      LATINO NEWS

## Get Essential San Diego, weekday mornings

Get top headlines from the Union-Tribune in your inbox weekday mornings, including top news, local, sports, business, entertainment and opinion.

Enter email address

SIGN ME UP

You may occasionally receive promotional content from the San Diego Union-Tribune.

 Kristen Taketa

Twitter                                                                                    Email

**EXHIBIT 10**

# MSNBC Guest Calls for Drone Strikes on Americans Opposed to Vaccine Mandates

| 1,311 | |  | |



Scott Eisen/Getty Images

HANNAH BLEAU | 10 Sep 2021 | 2,068

2:37

Frank Schaeffer, a recent guest on MSNBC, deemed those who are opposed to coronavirus vaccines or vaccine mandates "bioterrorists," and suggested they should be "treated as such."

"Anti-vaccine and anti-mask anti-science conspiracy theory-spreading leading activists are bio terrorists. Period," the author of *Why I Am an Atheist Who Believes in God* said.

"They should be treated as such. Drone strikes on selected worst offender pod-casters anyone?" he asked:

> Anti-vaccine and anti-mask anti-science conspiracy theory-spreading leading activists are bio terrorists. Period. They should be treated as such. Drone strikes on selected worst offender pod-casters anyone?
>
> — Frank – 'Love, Children, Planet' – Schaeffer (@Frank_Schaeffer) September 10, 2021

Notably, Schaffer called pro-lifers the "American Taliban" during an appearance on MSNBC's *The ReidOut* last week to discuss the pro-life Texas abortion law.

"We have a situation in Texas right now tonight where the American Taliban, because that's what it is — there's not an American evangelical right-wing movement — there is an American Taliban — is weirdly similar in so many ways to the Middle Eastern Islamist terrorists," he asserted.

"There is a new American Taliban, and their goal is theocracy, which means to take our religious beliefs, which for them are Old Testament law, not Christianity, and force secular Americans, non-evangelical Americans, progressive Americans, women, people of color into that box," he continued, explaining it was "not hyperbole."

"This is happening right now tonight in Texas. This is happening right now with the people dying of COVID, children dying of COVID, because pro-lifers have seen fit to stand against Joe Biden`s vaccine as a way to own the libs," he continued, once again calling those individuals "literally bioterrorists."

"And their price is to be literally bioterrorists. That's where we are tonight, Joy," he added:

His recent remark, floating drone strikes against "bioterrorists," follows President Biden's divisive coronavirus speech on Thursday, in which he announced sweeping vaccine mandates and raged against unvaccinated Americans, placing the blame squarely on them.

"This is not about freedom or personal choice," he said. "It's about protecting yourself and those around you — the people you work with, the people you care about, the people you love."

"We've been patient, but our patience is wearing thin," Biden said to the unvaccinated. "And your refusal has cost all of us."

Notably, daily coronavirus cases were up over 300 percent from Labor Day 2020, despite months of Biden at the helm and widespread vaccine ability across the nation.

HealthPoliticsSciencecoronavirusFrank SchaefferJoe BidenMSNBCvaccine mandates

**EXHIBIT 11**

# 'This Week' Transcript 7-25-21: Speaker Nancy Pelosi & Sen. Rob Portman

*This is a rush transcript of "This Week" airing Sunday, July 25.*

By ABC News
July 25, 2021, 6:59 AM • 47 min read



Speaker Pelosi plans to name more Republicans to Jan. 6 commission

*George Stephanopoulos interviews Speaker Nancy Pelosi, D-Calif, on "This Week."*
Alex Wong/Getty Images

*A rush transcript of "This Week with George Stephanopoulos" airing on Sunday, July 25, 2021 on ABC News is below. This copy may not be in its final form, may be updated and may contain minor transcription errors. For previous show transcripts, visit the "This Week"* [transcript archive](#).

ANNOUNCER: "This Week With George Stephanopoulos" starts right now.

Advertisement

AD



## Top Stories

FDA authorizes COVID-19 vaccine for kids 5-11
1 hour ago


Biden says pope told him he's a 'good Catholic' amid criticism over abortion views
Oct 29, 9:20 AM


'Overwhelming evidence' in sex crime case against former New York Gov. Cuomo: Sheriff
1 hour ago


2 adults charged with assaulting minors at youth football game in Maryland
Oct 29, 2:06 AM

Virginia Beach confronts inescapable costs of rising seas
Oct 29, 6:30 AM

ABC News Live




*24/7 coverage of breaking news and live events*



(BEGIN VIDEOTAPE)

GEORGE STEPHANOPOULOS, ABC "THIS WEEK" ANCHOR (voice-over): Insurrection fallout.

REP. NANCY PELOSI (D-CA): They have made statements and taken actions that I think would impact the integrity of the committee.

STEPHANOPOULOS: Speaker Nancy Pelosi rejects two Trump loyalists from the January 6 commission.

REP. KEVIN MCCARTHY (R-CA): Unless Speaker Pelosi reverses course and seats all five Republicans, we will not participate.

STEPHANOPOULOS: As senators race to reach a bipartisan infrastructure deal.

DON LEMON, CNN: You think it's going to move forward in the Senate on Monday?

JOE BIDEN, PRESIDENT OF THE UNITED STATES: I do.

STEPHANOPOULOS: We cover it all with House Speaker Nancy Pelosi, Republican Senator Rob Portman, both "This Week" exclusives.

And:

PIERRE THOMAS, ABC NEWS CHIEF JUSTICE CORRESPONDENT: Are people more brazen in carrying their weapons?

UNIDENTIFIED MALE: I don't think there's any doubt.

STEPHANOPOULOS: As homicide rates spiked to the highest level in decades, our exclusive ABC News investigation chronicles a week of gun violence in America.

Plus:

DR. ROCHELLE WALENSKY, CDC DIRECTOR: If you are not vaccinated, please take the Delta variant seriously. This virus has no incentive to let up.

STEPHANOPOULOS: COVID infections surge across the country. Should vaccines and masks now be mandated? That debate on our powerhouse roundtable.

(END VIDEOTAPE)

ANNOUNCER: From ABC News, it's "This Week."

Here now, George Stephanopoulos.

STEPHANOPOULOS: Good morning, and welcome to "This Week."

As we come on the air this morning, President Biden has hit the six-month mark in office holding majority support from the American people. Our brand-new poll with Ipsos also shows that 52 percent of Americans believe that Biden is following through on his campaign promises.

But it also shows that most Americans are pessimistic about the year ahead, a dramatic 20-point swing from optimism in May, as the country faces an array of challenges, a resurgent coronavirus, rising crime, inflation, our politics as divided as ever.

We're going to address it all this morning.

And we begin with the speaker of the House, Nancy Pelosi.

Madam Speaker, thanks for joining us this morning.

And I want to start with the January 6 commission, the investigation that you are -- you have launched in the House. I know that this came about because the Republicans rejected a bipartisan independent commission, also rejected a Senate commission as well.

But your decision to reject Congressman Jim Jordan and Jim Banks from the committee has drawn fire from Republicans. The Freedom Caucus is seeking to depose you as speaker, and Liz Cheney is now the only Republican member of the committee.

Are you concerned about the Freedom Caucus threat? And are you confident that the committee's work can be seen as credible, if most Republicans won't participate?

PELOSI: Well, thank you. First of all, thank you for the opportunity to be with you this morning. We have many challenges, and it's my honor to discuss them with you.

First of all, no, I'm not concerned about any threat from the Freedom Caucus. We get those every day of the week. Our confidence that we have in the work of our bipartisan committee that we have now, select committee, led by Chairman Bennie Thompson, bipartisan, with the participation of a very courageous number of Congress, Congresswoman Liz Cheney, is high. My confidence is high.

I do believe that the work of this committee, in order to retain the confidence of the American people, must act in a way that has no partisanship, is all about patriotism. And I'm very proud of the members of the committee. And I'm certain that they will accomplish that goal.

We have to, again, ignore the antics of those who would -- do not want to find the truth. We will find the truth. That truth will have the confidence of the American people because it will be done patriotically and not in a partisan way.

STEPHANOPOULOS: Will you be appointing more Republicans to the committee, like Congressman Adam Kinzinger?

PELOSI: That would be my plan.

STEPHANOPOULOS: So, when will that be announced?

PELOSI: Perhaps after I speak to Adam Kinzinger.

STEPHANOPOULOS: And you believe...

PELOSI: But I'm not about to announce it right this minute.

(LAUGHTER)

PELOSI: But you could say that that is the direction that I would be going on. He has -- he and other Republicans have expressed an interest to serve on the select committee.

And I wanted to appoint the three -- three of the members that Leader McCarthy suggested, but he withdrew their names. The two that I would not appoint are people who would jeopardize the integrity of the investigation.

And there's no way I would tolerate their antics as we seek the truth.

STEPHANOPOULOS: Even relatively moderate Republicans, like Senator Portman, who's my next guest, have said your decision will fuel even more division in the country.

Are you worried at all by this precedent, that Republicans will do the same thing when they are next in power?

PELOSI: No.

What we have -- look, we have had an unprecedented action, an assault, an insurrection against our government, an assault on the Capitol Building, which is an assault on the Congress, on a day that the Constitution required us, by the Constitution, to validate the work of the Electoral College.

So, this was not just any day of the week. This was a constitutionally required day of action for Congress.

So, you know, I can -- the Republicans will say what they will say. Our select committee will seek the truth. It's our patriotic duty to do so. And we do not come into our work worried about what the other side, who has been afraid of this -- maybe the Republicans can't handle the truth, but we have a responsibility to seek it, to find it and in a way that retains the confidence of the American people.

STEPHANOPOULOS: Senator Portman is also one of the negotiators around this proposed bipartisan infrastructure deal. They expect a deal this week but are you sticking by your decision to hold any vote on that deal until

after the Senate passes a much larger infrastructure package through reconciliation?

PELOSI: Yes. Let me just say as I respond to you, I hope that they will pass the bipartisan legislation. Infrastructure has always been bipartisan for all the years that I've been in the Congress. They diminished the bill when President Obama was president, but nonetheless the bill was passed, the leadership of Senator Barbara Boxer, working the senator in a way -- in a bipartisan way.

So I'm enthusiastic about the fact that they will have a bipartisan bill. I hope that it will be soon. But yes, I stand by, because the fact is, is that the president has said that he wants to have a bipartisan bill, and we all do.

But that is not the limitation of the vision of the president. He wants to build back better. He wants to do so in a way that, again, involves many more people in the prosperity of our country. We say build back better with women. That's why we need childcare. That's why we need home healthcare funding. That's why we need family and medical leave.

So, building the human infrastructure is really a part of building the physical infrastructure. So that's why we will have something further to add.

The deal is not as green as I would like it to be, the infrastructure bill, and I think that it's something we could have passed a long time ago, even before the climate crisis was readily known to everyone. But nonetheless, I hope it will pass. I won't put it on the floor until we have --

STEPHANOPOULOS: But if you have --

PELOSI: -- the rest of the initiative.

STEPHANOPOULOS: But if you stick by that decision you could end up with nothing. Senator Lindsey Graham has threatened that Republicans will walk out of the Capitol if necessary to prevent any action on reconciliation, just like the Democrats did down in Texas.

PELOSI: Let me just say, you talk to Lindsey Graham about what he says. I'm telling you what's going to happen in the House of Representatives. And that is that we are rooting for the infrastructure bill to pass, but we all know that more needs to be done if we're going to build back better.

And we're very proud of President Biden for the leadership that he has provided taking us down this path, starting with the rescue package earlier in the spring, putting vaccines in the arms of the American people, money in their pockets, children prepared to be safely back in school, many people back in the workplace safely.

And congratulations to him for his leadership on that, and I'm grateful to our members for their courage in putting that forth. The infrastructure bill is a very important step in building back, but we want to do it better, and that's what we intend to do.

STEPHANOPOULOS: It also means the Democrats might be forced to raise the debt limit on their own. You heard Senator McConnell this week say that it would have to be done through reconciliation. Republicans are not going to vote for it. Do you have the votes to raise the debt limit with Democrats alone?

PELOSI: Well, it's interesting about Senator McConnell. We raised (ph) -- the debt limit had to be addressed three times under President Trump and Democrats cooperated two of the times, and then the third time was just a change of the date. And it's so funny because he's always been there to be an obstruction to a Democratic president.

The full faith and credit of the United States is never to be placed in doubt. It is in the Constitution and it will be respected. With Republican obstinance in years gone by, even our credit rating was in question and reduced because of the question.

Let there be no question, we will address the debt limit.

STEPHANOPOULOS: Finally, I do want to ask you about COVID. We're seeing this Delta variant sweep through the country. Now you've had some outbreaks in the House as well.

Is it time to mask up again in the House? And will you be wearing your own mask more often?

PELOSI: Well, I wore my mask here. But as to whether we do so on the House floor, that is a decision of the House -- the Capitol physician. And he will give us his recommendation about it.

But let me once again praise President Biden. Right from the start, the president has been just on the job, making vaccine available in every nook and cranny of our country, available every place, urging people to be vaccinated. It's really important that that happen. And he has made that happen by having an abundance of vaccine -- vaccines available for that.

This is a vaccine -- you know, I've been working on vaccines for a long time because of COVID. And this is a virus that is -- because of COVID, yes, but also because of HIV and AIDS. For 30 years, I've been working on that subject in the Congress.

These viruses are very resourceful. They mutate. And they mutate by transmission.

So, if people would get vaccinated, there'd be less transmission and, therefore, less mutation and less danger.

But we are, I think, very well-prepared to protect the American people. Let's just hope that they follow science. Some of these decisions are regional about requirements of masks and this or that.

But if you're asking me, I think that we should mask. But in terms of officially for the House floor, that's up to the Capitol physician.

STEPHANOPOULOS: Madam Speaker, thanks for your time again this morning.

PELOSI: My pleasure. Thank you. Good morning.

STEPHANOPOULOS: Let's get a Republican response. We have (ph) Senator Rob Portman of Ohio.

Senator Portman, thanks for joining us this morning.

Let's start out with that infrastructure deal. You just heard Speaker Pelosi say she's not going to have a vote until reconciliation is also passed by the Senate.

First off, though, do you expect to reach a deal this week?

SEN. ROB PORTMAN (R-OH): Well, George, let me say what she has just said is entirely counter to what President Biden has committed to and what the Senate is doing which is a two-track process. The infrastructure bill has nothing to do with the reckless tax-and-spend extravaganza that she's talking about in terms of what reconciliation as she called it.

So -- so, no, I'm not happy with what she said because it's inconsistent with the agreement that we have on a bipartisan basis.

(CROSSTALK)

STEPHANOPOULOS: Does that mean we'll end up with nothing?

PORTMAN: -- on her own. I'm going to -- well, if she has her way, we could. I'm not sure what the future is on reconciliation.

I know that the bipartisan infrastructure package is very popular among the American people and in the United States Congress because it makes sense. We need it badly.

You know, 43 percent of our roads are in bad or mediocre condition, according to the engineers. Forty-six thousand bridges are structurally deficient. We have ships lining up at ports because our ports aren't efficient enough.

Eighty-seven percent of the American people think we should do a bipartisan infrastructure package. It's the right thing to do. Every president in modern times has talked about it. President Trump's proposal was for $1.5 trillion infrastructure. Ours is about $579 billion over five years.

So, this is the right thing to do. It's been totally bipartisan from the start. It's the way we ought to be doing things here in Washington to get stuff done and I can't believe the speaker of the House would be blocking it.

STEPHANOPOULOS: Do you have a deal?

PORTMAN: We're about 90 percent of the way there. I'm here this weekend. We're going to legislate the language with colleagues and with staff, and I

feel good about getting that done this week. We have one issue outstanding. And we're not getting much response from the Democrats on it.

It's about mass transit. Our transit number is generous. We increased transit in this a proposal. We also increased the formula going forward.

That's the one issue that's outstanding frankly at this point. My hope is that we'll see progress on that yet today.

STEPHANOPOULOS: "The Wall Street Journal" weighed in against the deal yesterday on their editorial page. I want to put it up on the screen right now. It says, taking the "bi" out of bipartisan. And they write: What's striking about the deal so far, however, is that by all appearances, this will be the most one-sided bipartisan deal in decades.

They pointed out that the Republicans are not getting new kind of regulatory reforms you've called for. Also, you're not doing anything to stop that reconciliation package we were just talking about the Democrats hope to pass.

PORTMAN: Well, you know, I'm -- I normally respect "The Wall Street Journal's" editorial page. In fact, I read it every day. But they're totally wrong on this.

And it shocks me that "The Wall Street Journal", which has normally good journalistic ethics, would say in that editorial, we don't know what's in it, but this is what we think. In other words, they don't know what's in it. They're wrong about a number of things in there. If they had called and asked us, they could have avoided being wrong.

One is, they say there's no permitting reform. There's historic permitting reform in this legislation. And they should strongly support that, as should every Republican and Democrat, by the way, because it allows the federal dollar to go further.Second, they say that it's not bipartisan. It's entirely -- I can guarantee you, every single one of the issue has been bipartisan in the sense that there have been Republican views and Democrat views and we found a way to find common ground, which is exactly what ought to happen.

I think the editorial reflects the fact that this city, Washington, D.C., is not used to this. You know, we're building from the middle out and coming up with something that is truly bipartisan.

Finally, they suggest that somehow this will be bad for the economy. It's good for the economy. Every economist that's looked at it says that. Why? Because you're investing in long-term capital assets. It's not immediate spending. It's not going to add to inflation. In fact, the economists will tell you it has just the opposite effect. As opposed to adding to demand, it adds to the supply side. This may be, you know, assets that last for 50,70, 80 years, like the 43,000 structurally deficient -- 46,000 structurally deficient bridges I talked about.

So it's the right thing to do for the country, most importantly, but it's also something that has been the subject of a bipartisan consensus finding process which we ought to do more of in this town.

STEPHANOPOULOS: Failing to raise the debt ceiling will threaten the economy. You heard Speaker Pelosi on that as well.

Republicans voted three times to raise the debt ceiling under President Trump. Why not vote to raise it now?

PORTMAN: Well, I think it's in the context of the reconciliation bill, which is -- which is unbelievable, George, at a time when we have incredibly high inflation, the highest we've had probably in 20 years. And you look back at what they're proposing here. It is, you know, it's a huge new spending increase at a time when we have unprecedented levels of debt, over $30 trillion soon, a trillion dollar deficit likely this year and then the largest tax increase in American history.

And these are tax increases that are not necessary. Right now the Congressional Budget Office tells us that tax receipts -- and this is the non-partisan Congressional Budget Office -- are going to be higher than anybody expected this year and next year. In fact, a 10 percent increase next year because the 2017 tax reform actually worked. It worked to stimulate economic growth. Going into the pandemic, we had the lowest poverty rate in the history of our country since we kept track to it in the 1950s. We had unbelievable increases in wages, over 3 percent analyzed over the 19 months prior to COVID, and the lowest employment numbers ever for blacks, Hispanics, and 3.5 percent was the lowest in 50 years overall. So things were going well and the economy is relatively resilient because of it. So let's not raise taxes right now. It would be exactly the wrong thing to do.

STEPHANOPOULOS: But failing to raise the debt ceiling will certainly threaten the economy.

PORTMAN: Well, again, the debt ceiling is -- has to be raised because of these tax and spending policies. We need to insure we get the spending under control. So, typically, when we do a debt ceiling, as you know, there's attached to it some restraint on spending. That's, you know, how we're able to get some spending over the last decade --

STEPHANOPOULOS: Not under President Trump.

PORTMAN: Well, you know, under -- under -- under every president there is a discussion of how you actually -- if you're going to raise the debt ceiling, how -- how to use something to affect the debt, particularly the long-term debt of this country. And I think we ought to have that discussion.

STEPHANOPOULOS: Senator Portman, thanks for your time this morning.

PORTMAN: Thanks, George. Appreciate it.

STEPHANOPOULOS: Roundtable's coming up.

Plus, as the homicide rate surges, chief justice correspondent Pierre Thomas chronicles a week of gun violence in American.

Stay with us.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

PRESIDENT JOSEPH R. BIDEN, JR.: Crime is down. Gun violence and murder rates are up. Guns: the people who in fact are using those weapons are acquiring them illegally.

Here's the deal, cops are having real trouble. They're not all bad guys. There are a lot of good guys. We need more policemen, not fewer policeman. But we need them involved in community policing.

(END VIDEO CLIP)

STEPHANOPOULOS: There is President Biden addressing the epidemic of gun violence gripping America. And this week ABC News teamed up with our partner stations across the country and End the Gun Violence Archive to track shootings every day this week.

Our chief justice correspondent Pierre Thomas has been tracking what's driving the surge and what can be done to stop it.

(BEGIN VIDEOTAPE)

PIERRE THOMAS, ABC NEWS CHIEF JUSTICE CORRESPONDENT: It should have been a celebration, the Bucks winning an NBA championship. Instead...

(SOUND OF GUNSHOTS)

THOMAS: ... gunshots, chaos, people running for their lives.

UNKNOWN: Where do we go? Where do we go?

THOMAS: Part of the chronic gun violence epidemic surging in recent months. The map shows it all unfolding, more than 1,000 incidents, more than 430 dead, 1,000 wounded in one week.

UNKNOWN: 3-2, a swing and a miss.

THOMAS: We saw it begin last Saturday...

UNKNOWN: Eight to four.

THOMAS: ... as we started our investigation, gunshots outside of Nationals Park. That same night, a mother and her baby caught in the crossfire at a corner store in West Philadelphia, wounding the one-year-old.

UNKNOWN: I'm tired of this. I'm sick and tired of this.

THOMAS: Day after day, we saw so many children affected by this violence, one boy shot in a bedroom.

UNKNOWN: And the bullet just went through the wall. It went through his head.

THOMAS: Tristan Jaden Rosas, in San Antonio, Texas, was only 15 and playing video games, hit by a stray bullet.

UNKNOWN: I should have been there. Because, when you promise your kid you're going to protect them, that's a promise you can never take back.

THOMAS: Altogether, an unspeakable toll, more than 39 dead, 94 wounded under age 18, and of the deceased, six children under 12.

We also saw mass shootings play out across the country, 18 incidents in 12 communities, including one that senselessly took the life of Corey Saunders and wounded four others.

MARK BRYANT, GUN VIOLENCE ARCHIVE FOUNDER: Mass shootings are up a lot. You know, they went from a 400 base in 2019 to 600, 700.

THOMAS: And, sadly, we followed as reports of suspected domestic violence ticked up -- at least 44 cases, among them a mother and child allegedly kidnapped Monday.

UNKNOWN: A female and her child was abducted and brought out here to Cheney (ph) Lake. At Cheney (ph) Lake, there was an altercation that occurred.

THOMAS: Virtually no area of the country was immune. But as ABC dug into the numbers, they showed violence disproportionately hit poor and urban areas.

UNKNOWN: People are afraid to go to malls. People are afraid to go to theaters. People are afraid to -- to go to parks.

THOMAS: From Los Angeles to Chicago to New York, where this stunning video caught our attention, two men, guns drawn in broad daylight.

THOMAS: Are people more brazen in carrying their weapons? Has something shifted?

DERMOT SHEA, NEW YORK POLICE DEPARTMENT COMMISSIONER: I don't think there's any doubt that the data here in New York City is more guns on the scene of shootings, more rounds being fired.

THOMAS: New York City saw a 73 percent increase in shootings in May 2021, compared to the same time last year.

On Tuesday Commissioner Dermot Shea told us a lethal mix of factors is largely driving the surge, gang violence, budget cuts, COVID shutting down the courts, leaving a backlog of more than 5,000 gun cases.

UNKNOWN: Taking the gun off the street is great. But really what we need is we need the individual carrying the gun off the street.

Increasing gun arrests and targeting repeat offenders has led to some signs of success, a dip in the rate last month.

Shea remains unsatisfied.

THOMAS: Who are the victims?

SHEA: When you look at who's getting shot in this city right now, it's about 97 percent people of color. It's way off the charts.

THOMAS: For Chief Judith Harrison, the fight is personal.THOMAS: As an African-American, obviously, it was painful to hear that he said 90 percent of your victims are people of color.

JUDITH HARRISON, BROOKLYN NORTH POLICE CHIEF: Yes, horrifying statistic, but it's not just about statistics. It is not just about people of color. It's about everyone.

THOMAS: Philadelphia facing an even worse explosion.

THOMAS: It's been a minute since I have done this.

THOMAS: On Wednesday, Philly police allowing us to ride along, a small number of streets infected with gun violence.

UNIDENTIFIED MALE: We see this corner store right here. I want to come up and press it. Six people shot.

This is another corner here where we have multiple shootings.

THOMAS: The streets that night quiet, until they weren't.

THOMAS: Now there's reports of shots fired in the city.

THOMAS: A shooting outside this restaurant famous for its cheesesteaks.

THOMAS: That's a shell casing right on the ground right there. You see where the white circle is drawn around it. I don't know what it is. You get closer to 2:00, stuff starts popping.

THOMAS: As we waited at the scene, the horrible news.

UNIDENTIFIED MALE: So he was pronounced deceased.

THOMAS: The person here...

UNIDENTIFIED MALE: Correct.

THOMAS: ... died?

UNIDENTIFIED MALE: Correct.

THOMAS: That's horrible.

THOMAS: Philadelphia Police Commissioner Danielle Outlaw telling us the argument was over a parking space.

DANIELLE M. OUTLAW, PHILADELPHIA POLICE COMMISSIONER: A lot of the beefs or social media disputes or whatever, they're being resolved with a firearm.

THOMAS: Outlaw acknowledges the challenges of policing in the era of George Floyd and building community trust.

OUTLAW: I'm a cop and I'm a black woman. And so, because I have all of these lived experiences and these different perspectives, I understand why the police do what we do. But I also understand the hurt and the torment in our communities.

THOMAS: In so many neighborhoods, small numbers of repeat offenders terrorizing overwhelmingly law-abiding citizens.

UNIDENTIFIED FEMALE: I said: "I'm shot. I'm shot. I'm shot."

And then I felt the heat in my leg as we're all running away.

THOMAS: This Philly resident shot in the leg this week, along with another man standing in front of her home.

She did not want to show her face on camera, at times tears filling her eyes.

UNIDENTIFIED FEMALE: I shouldn't have to be afraid to stay in my home.

THOMAS: At the end of a sobering week, we're left with the vigils.

UNIDENTIFIED FEMALE: (INAUDIBLE) down on us right now.

THOMAS: The lives lost, the families grieving, and the almost certain knowledge that, next week, it's all but guaranteed to happen again.

(END VIDEOTAPE)

STEPHANOPOULOS: And Pierre Thomas joins us now.

You just used the word sobering. And seeing this all in one place is about as sobering as can be.

THOMAS: George, I was struck by just the sheer concentration, so many children, the domestic violence, the mass shootings, 17 this week alone, where that's an incident where there are four or more people shot in basically one setting, 17 of those.

It's difficult to absorb. And what we wanted to do was just take a look, to take a mirror and take a look at the country.

STEPHANOPOULOS: And this in some ways may be an undercount of the violence.

THOMAS: Oh, absolutely. These are conservative numbers.

We did not account for gun death by suicide, because those numbers are much more difficult. They're slower coming into the system. So, according to our analysts, there would be hundreds more deaths in this number that we had this week.

STEPHANOPOULOS: So the big question is, how do we come to grips with this as a nation? What do we do about it?

THOMAS: George, I think, at the end of the day, we have to answer a basic question: Are we okay with 1,400 people shot in a week? It's going to happen again next week. Over and over and over again.

STEPHANOPOULOS: Pierre Thomas, thanks for this report. I know it's going to be coming all week long.

The roundtable is up next.

We will be right back.

(COMMERCIAL BREAK)

STEPHANOPOULOS: Roundtable is ready to go. We'll be right back.

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

SEN. MITCH MCCONNELL (R-KY), MINORITY LEADER: Is anybody out there willing to listen? Get vaccinated.

GOV. JIM JUSTICE (R-WV): The vaccines are terrific. You know, absolutely they do a great job on this delta variant.

GOV. KAY IVEY (R-AL): It's time to start blaming the unvaccinated folks, not the regular folks. It's the unvaccinated folks who are letting us down.

GOV. RON DESANTIS (R-FL): These vaccines are saving lives. They are reducing mortality.

REP. STEVE SCALISE (R-LA), MINORITY WHIP: I would encourage people to get the vaccine. I have high confidence in it. I got it myself.

(END VIDEO CLIP)

STEPHANOPOULOS: Striking chorus of Republicans -- Republicans calling, excuse me, Republicans calling for vaccines this week.

Want to talk about that on our roundtable. Joined by Chris Christie, Rahm Emanuel, Donna Brazile and Margaret Hoover, host of "Firing Line" on PBS, also a CNN contributor.

And, Donna, we did see those Republican leaders this week calling for people to take the vaccines, but is it time to go farther, is it time for vaccines

to be mandated at major institutions?

DONNA BRAZILE, FORMER DNC CHAIR AND ABC NEWS
CONTRIBUTOR: I think so, George.

Look, I'm eager to return back to campus this semester. We have a vaccine --
we have a -- a mask mandate. I've already had to show my -- my card. We
need to do everything possible to keep this country safe. I don't think we
can afford to go back to that period of time when we were locked down and
unable to get people back to work. So, yes, I -- I hope we take it seriously.

Look, I'm in -- I come from Louisiana. I was hope two weeks ago wearing
my mask, even walking my -- my small dog and people looked at me like I
was strange and I'm like, I don't want this. I don't want this virus.

RAHM EMANUEL, (D) FORMER CHICAGO MAYOR AND ABC NEWS
CONTRIBUTOR: Tell us about your dog. (INAUDIBLE) mask.



VIDEO     LIVE     SHOWS     CORONAVIRUS

New Jersey.

CHRIS CHRISTIE, (R) FORMER NEW JERSEY GOVERNOR AND ABC
NEWS CONTRIBUTOR: No. Look, we -- we had the highest -- and still do --
have the highest death rate per capita of any state in the country. With all
the lockdowns, with the -- the biggest lockdown, probably New York and
New Jersey were the biggest ones to lock down. It didn't -- it didn't work.

The vaccines do work. And I think that every focus group I've been in with
Republicans who are not vaccinated, you have to walk them through the
logic of this.

EMANUEL: Right.

CHRISTIE: What they don't want is to be indoctrinated. They're willing to
be vaccinated. They don't want to be indoctrinated. And so let's be smart
about this.

And I think that one of the places where our leaders have fallen down is
they're not explaining it. They're just saying, get vaccinated. And these --
these folks do not respond to being ordered to do those things.

I had a very smart guy who was -- who visited with me this week who said, I
don't want the government telling me what I have to do. It's a libertarian
type of response to this. But what they respond to, I sat with this guy and I
walked him through the facts, and then he said, OK, I'm going to go get
vaccinated. That's what we need to be doing.

STEPHANOPOULOS: So --

MARGARET HOOVER, PBS' 'FIRING LINE' HOST AND CNN
CONTRIBUTOR: Yes, when that guy's child goes to kindergarten, that guy
has to present an immunization card that shows that his child is
vaccinated.

CHRISTIE: Yes.

EMANUEL: Yes.

BRAZILE: Right. Right.

HOOVER: So, you know what, if we just made it really -- just -- almost impossible.

EMANUEL: Familiar (ph).

HOOVER: If you are going to get government-provided health care, if you're getting VA treatment, Medicare, Medicaid, Social Security, anything, and Social Security, obviously, isn't health care, you should be getting the vaccine, OK, because you're going to have to -- we're -- we are going to have to take care of you on the backend. So there are a lot of things we can do without calling it a mandate but to just make it almost impossible for people to -- to live their lives without being protected and protecting the rest of us.

EMANUEL: I'm having an out of body experience because I agree. So I'm -- look, I mean, I grew up, my dad was -- I'm the son of a pediatrician. I know you think I was going to say something else, but I was the son of a pediatrician.

CHRISTIE: No, others say that, Rahm, others say that.

EMANUEL: The thing is that -- yes, that is right.

The fact is, no child can show up at school this fall without showing their immunizations, small pox and -- and measles, et cetera.

BRAZILE: Right.

EMANUEL: You've got to make this familiar to people.

The second is, and I think this is an important point, I would close this space end. Meaning, if you want to participate in x, y, or activities, you've got to show you're vaccinated. So it becomes a reward/punishment type system. You make your own calculation.

The other thing is, I mean, the fact is there's data this week that like 30 percent of the health care workers are not vaccinated.

BRAZILE: Right.

EMANUEL: They've got to lead by example.

STEPHANOPOULOS: Hard to imagine.

EMANUEL: And the other thing that I think, if I -- my own recommendation is that the religious community ecumenically, across the board, needs to speak up and encourage people. So you hit all populations with a singular message.

And I do give credit to the White House of whether it's Fox TV, whether it's Republican leaders, getting a chorus of voices across the spectrum, not just political, religious, business, et cetera, with a singular message of why this is the right thing and then lead by example.

I still get back to that -- so that -- 30 percent of the medical profession not vaccinated is an unbelievable wrong example that gives people a permission slip -- well, the nurse isn't, the doctor isn't, or the pharmacist isn't, why am I doing it?

STEPHANOPOULOS: Why should I?

CHRISTIE: It's a really good point. And I -- in New Jersey this week, a hospital system fired five employees who refused to get vaccinated. Health care employees who refused to get vaccinated. They're making it mandatory for employment now, a number of the hospital systems in New Jersey. And I think that's part of the way that we're going to lead too here is, employers, when the summer is over, employers are going to want people coming back. JP Morgan is announcing they want people coming back. Goldman Sachs say they want to come back. And I think what will follow is those employers are going to say, if you want to come back into the office, which you have to do, you have to be vaccinated.

STEPHANOPOULOS: You have to be vaccinated.

BRAZILE: And I agree. I think it's key that non-political people speak up more. Whether it's the medical profession, whether it's educators, whether it's just ordinary people.

You know, George, when I received my vaccine, I went to a senior citizen, public -- public housing project in Washington, D.C. I told everyone I did not want to wait until I was 65. So I got in early. And I went door to door, similar to what I did when I was in politics, and I said, I'm getting the vaccine today, will you join me? And they'd say, aren't you scared? I said, I'm scared to get the virus. Especially back in the day when you got a virus when you had sex, I didn't want the virus. And so you -- you remember those days.

EMANUEL: This is TMI.

STEPHANOPOULOS: (INAUDIBLE).

CHRISTIE: I'm -- I'm -- I'm not admitting anything. Absolutely not.

BRAZILE: OK. But -- but --

HOOVER: Some people are in church right now.

BRAZILE: But I was able to go door to door and convince people that it was OK, it was safe.

EMANUEL: You've got to give --

BRAZILE: And we have to lead by example. So I think that's important.

STEPHANOPOULOS: If you get the vaccine, will it -- you're so far less likely to go to the hospital, so far less likely to...

CHRISTIE: And they don't want to hear from politicians, George...

EMANUEL: That's why there's...

(CROSSTALK)

CHRISTIE: These focus groups -- whether it was President Bush 43 or President Obama, they said, "What do they know?"

These folks responded -- so I think politicians have to say what they need to say, but they're not the persuasive ones. It's the medical community and people who have had COVID who can tell them what it's like to have it.

(CROSSTALK)

CHRISTIE: That's what's important.

STEPHANOPOULOS: I want to switch topics. Rahm, I'm listening to Speaker Pelosi and Rob Portman. And even though he says they're 90 percent there on a bipartisan infrastructure bill in the Senate, it seems almost impossible for this to go anywhere if -- if the position of the speaker is that it's not going to be put on the floor until after reconciliation.

Are we going to have a stalemate?

EMANUEL: No, I think -- first of all, I want to compliment Rob Portman, the Republican, and the leaders, the bipartisan group, against a lot of headwind. And I'm not just talking about the -- the infrastructure and the (inaudible) but a lot of headwind about bipartisanship to accomplish this.

And I -- look, if you're 90 percent there, you're going to get there. I have confidence they're going to get there.

STEPHANOPOULOS: But is that the end of the road?

EMANUEL: No. It's not the end of the road, but it's a major leap forward.

And, also, the other thing that's important, which is not only are people -- break this down. People are unbelievably supportive about the investment in broadband, water, infrastructure -- and the roads, rails and runways. They're unbelievably supportive of the bipartisanship, and they're doing it without raising the gas tax.

As, you know, I used to say in Chicago, "Throw me into that briar patch." And this will move also, and I think what the speaker's doing is negotiating. And that's -- that's OK to do. It won't endanger the process and the accomplishment.

HOOVER: What's so fascinating to me is who they're negotiating with is actually the left flank of the Democratic Party. And I've been so struck -- I think you saw that with Nancy Pelosi. I think you see this with Chuck

Schumer. It is very difficult for them to look at the far left of their party in the eye and say, "You know what, the filibuster is just going to be dead for the next two years. But you can still have everything you want."

STEPHANOPOULOS: Well, President Biden pretty much said it this week.

HOOVER: Biden said it. Manchin has said it. "You can still get everything you want. We're just going to do it in two parts and you need a little bit of patience. So we're going to pass this first bill, and then, hold it for a beat, we've got everything else you want, soft infrastructure, in reconciliation."

And if they could just be patient, they actually could get everything they wanted, and give the president a win. I mean, do you want to hold the Senate in two years? Because it's going to be if you get the -- if there's some bipartisanship. And, frankly, everybody is going to win for that. And that's -- that's like Rahm said. We're all agreeing. The country wants the government to work.

STEPHANOPOULOS: I -- I think...

BRAZILE: And they want to also hold the House in two years. And so therefore she understands -- and I think the speaker is -- is well-positioned to know all of her caucus, that the progressive members who represent millions of Americans, they want to see change, not just in roads, rails and bridges and so forth, but also some of the soft infrastructure programs that they campaigned on.

So I think it's going to be a win-win not just for bipartisanship but for Democrats delivering for the American people.

STEPHANOPOULOS: So you're convinced that all the Democrats in the Senate hold together on reconciliation even if the House -- even if the Senate bipartisan bill hasn't been voted on in the House?

BRAZILE: Well, it's going to be tough, but I think Chuck Schumer understands that he's going to have to pull them over.

CHRISTIE: This is -- this is where Speaker Pelosi is tone deaf. Because, if she continues to push in this direction, you're giving the Republicans no room to be bipartisan.

If -- if the Republicans are characterized not as making a bipartisan deal on infrastructure, which I think will be supported, but that they're supporting reconciliation by sitting by and giving the infrastructure bill, by letting the reconciliation bill go first, they're not going to do it.

They're going to back out of it. They're going to lose the Republicans they have, and then they're going to wind up with a problem with Joe Manchin on top of it.

So this is -- I understand, she thinks she has to negotiate on everything. And she thinks that she has to play this game all the time. But she's wrong on this one. You can't ask Republicans to be bipartisan. They come forth and do it, in the Senate, and then say, "Oh, but wait a second, we have..."

STEPHANOPOULOS: Well, they're not doing it on the debt ceiling.

CHRISTIE: No, but, George, part of that is a symptom of this. They're saying, "Well, wait a second now, you want us to do the debt ceiling, too, before we do the infrastructure bill and before we do -- show us that you're willing to be bipartisan with us."

EMANUEL: The politics of both caucuses in both chambers are totally different.

BRAZILE (ph): Right.

EMANUEL: But at the end of the day, the election in 2022 -- I know that's not far -- that's not far off for anybody in that chamber, and that's OK -- is won in swing states by swing voters in swing districts -- and that, in that sense, bipartisan is unbelievably popular, as popular as the content of the bill.

The second thing is, I'll just tell one little story. I remember when we were working on ACA, and Nancy Pelosi was really trashing the Senate health care bill, and then sat down and said, "OK, we're going to pass it."

So, in my view, to me, she has fundamental things that she has to speak up for her caucus. Otherwise she's not the leader of it, as well as the leader of the chamber. And she's making clear those things, while something is happening in the Senate.

STEPHANOPOULOS: But are you confident, though, in the Senate side that Senator Manchin and Senator Sinema, others are going to vote for reconciliation in the end?

EMANUEL: Am I?

STEPHANOPOULOS: Yes.

EMANUEL: Yes, because, in the end of the day, I think the most important thing Senator Manchin has said in the past six months was: I want President Biden to be a success.

And, therefore, that translates to me, based on whatever -- you got to work through the details. That is going to matter. And that's essential when you look at the type of investments that are there.

And Manchin to date has been very clear about what he's going to get done, and for the president. And I think both the bipartisanship on infrastructure, as well as the bipartisan -- as well as the contents of the reconciliation package.

STEPHANOPOULOS: You agree with that, Margaret?

HOOVER: I mean, I do.

Manchin is a -- he's a senator from West Virginia. They need a lot of infrastructure spending. He understands that. He knows that. I think he's

nervous about the price tag. But, aside from that, I -- why are we -- why am I agreeing with you so much?

(LAUGHTER)

EMANUEL: You're having an -- yes.

CHRISTIE: I think the key with Manchin is going to be, what is the number?

HOOVER: Yes.

CHRISTIE: I don't think he's going to agree to $3.5 trillion. I don't think he will. I think he thinks it's too big and too much.

STEPHANOPOULOS: Well, he has to get something in his negotiations as well.

CHRISTIE: Yes, that's right. So...

BRAZILE: Yes, but it was $6 trillion before.

CHRISTIE: Well, it was never...

BRAZILE: It's gone down.

CHRISTIE: But Joe Manchin is smart. He knows it was never $6 trillion.

BRAZILE: Well, it's gone down.

CHRISTIE: It was never $6 trillion.

And he's not going to agree -- I don't believe he's going to agree to $3.5 trillion. It's going to be something less than that. But will he ultimately vote for reconciliation? I think he will, unless Chuck Schumer decides to say it's $3.5 trillion or nothing. If he says it's $3.5 trillion or enough, Joe Manchin is going to go, nothing.

EMANUEL: Everybody -- look, there's a process in the legislative process where you get close to the edge, you look over and go, and you run back.

STEPHANOPOULOS: Don't want to fail.

EMANUEL: Why the infrastructure deal is that is, the cost of failure is more politically and economically than the price of success.

And that's what will drive people towards it. The politics of success outweighs the politics of no.

STEPHANOPOULOS: Point of agreement here on the roundtable. So let's move on.

EMANUEL: Let's get to...

(CROSSTALK)

(LAUGHTER)

STEPHANOPOULOS: Margaret, I was struck by Pierre's piece there on violence all across the country. We're seeing rising gun violence in every -- every state in the country right now, especially in the cities, as Pierre pointed out.

And it's combined with what we talked about at the top of the show there in that poll, huge pessimism, rise in pessimism among the American people right now.

HOOVER: Yes. Yes. No, it's really striking.

And I really hope we can get some infrastructure done, so they have a win on the board for some bipartisan legislation actually at the federal level as well, because, what, 90 percent of Americans agree there's some basic things we can all do with respect to gun control.

And there are some even reform Republicans out there who are trying to think through what a futuristic Republican agenda can look like that includes some kind of gun control. It's not taking away anybody's guns. It's not hitting the Second Amendment. But there are things that can be done, and that are reasonable things that aren't going to hit Republicans.

And so I look forward to it. None of it's going to happen if this polarization in Washington continues to choke -- have a choke hold on us. And so you got to have a little bit of a win on infrastructure, and then there's a lot of things that I think can be done. And I think there's a lot of hope for this administration that we might see some of that.

EMANUEL: I think, while we focus and say gun violence, it's an all-in strategy. And you got to flood the zone. You got to flood the zone with after-school, summer jobs, mentoring programs.

You got to flood the zone with precision policing. You got to flood the zone with economic development. You got to give a place that is filled with despair a sense of hope and opportunity.

And way too many -- one of the things that struck me with Pierre's story -- two things -- way too many kids are going to school thinking about their safety and not their studies, because violence is more familiar and the sound of gunfire than the sound of laughter. And that is just an entire life lost meaninglessly to gun violence.

The second thing he said -- at least in urban -- I can't speak to rural -- that a few individuals are doing the...

STEPHANOPOULOS: Again and again and again.

EMANUEL: You got to -- and our overwhelming factor of the gun violence.

There's like 5,000 individuals in any city, 2,000 individuals who are creating both 75 percent of the problem. Those individuals do not belong on the streets where children are playing. It's that simple.

CHRISTIE: Well, look, George, and this is where the police reform issue is a really important issue to get done, because what's happening right now is, police are on their heels.

The atmosphere that has been created in this country are putting police on their heels. Now, this is not to say that there aren't some reforms that need to be done. And we did those when I was governor in New Jersey. They need to be done and can be done and be effective.

But the only thing that's going to stop those 2,000 people and get them off the streets are police. And, right now, we're not supporting police. And the way to support police is to work with them to reform what's going on, violence de-escalation among police forces, community policing that gets them involved with the community, so that the community and police are working together to stop what's happening in the streets.

And that's what we need to do. And we're not doing it. And if we don't empower police, this violence is going to continue to go up.

And I don't think there's people in any neighborhood in this country who want to see that happen. And so we have got to lower the rhetoric that's going on that's been anti-police rhetoric across this country that's wrong.

You want to reform things? Absolutely. And we can and should. But we're not doing that. And, as long as we don't do that, violence is going to continue to go up because they're in (ph).

BRAZILE: It's more than just more police. We do need more police and many police departments around the country, they've lost policemen.

And that's one of the reasons why I think President Biden has urged some of the mayors and governors to use some of the money from the rescue plan to bring back more policemen. Hire them. Train them.

But, George, this has to be a comprehensive approach. It's not just more policemen. We've got to get the community involved.

You're absolutely right. We know -- I mean, I can tell you right now being a D.C. resident and when I go home, you know where the pockets are.

These are kids who are returning back to the streets. There's nothing to keep them busy, occupied. You have substance abuse. They have no jobs. It's despair.

And it's frustrating as a city resident to see the kind of violence that we're experiencing across the board. The police are stripped. Trust me, I talk to my cops.

CHRISTIE: Yeah.

BRAZILE: I know my cops in the fourth district. I know them in the second district when I go to Georgetown. I know 'em everywhere across the city.

But they're stressed out. And they need people in the community to help them. They need more resources.

(CROSSTALK)

CHRISTIE: And Donna, that's why -- that's why this defund the police rhetoric that's been coming out, parts of it is -- but this is damaging. It's very --

(CROSSTALK)

EMANUEL: Here's the one thing, we're doing both sides -- we're doing both sides of this wrong. We're policing at a community, not with the community.

CHRISTIE: Right.

EMANUEL: And we're doing police reform at police not with police.

CHRISTIE: Exactly.

STEPHANOPOULOS: It is going to be --

BRAZILE: We have to work together, got to work together.

(CROSSTALK)

STEPHANOPOULOS: -- time for this, I'm afraid we don't.

We'll be right back.

(BEGIN VIDEO CLIP)

SUBTITLE: A landmark 1993 gun violence prevention bill was named after which White House press secretary?

(END VIDEO CLIP)

(COMMERCIAL BREAK)

(BEGIN VIDEO CLIP)

ON SCREEN TEXT: A landmark 1993 gun violence prevention bill was named after which White House press secretary?

James Brady.

BILL CLINTON, FORMER U.S. PRESIDENT: The Brady Bill has finally become law and Americans are finally fed up with violence that cuts down another citizen with gunfire every 20 minutes.

(END VIDEO CLIP)

(COMMERCIAL BREAK)

STEPHANOPOULOS: That is all for us today. Thanks for sharing part of your Sunday with us.

And before we go, Pierre Thomas' investigation with our partner stations across the country that tracks one week of gun violence in America is going to be airing across all ABC platforms this week. "One Nation under fire" takes a deep look at the human cost of this relentless trend and explores the root causes of violence and offers unique insight into the victims of communities devastated by these shootings.

You can see his exclusive reporting on "GMA," "Nightline" and "ABC News Live."

And I'll see you tomorrow on "GMA."

Comments (0)

---

abcNEWS

---

Before You Go      Taboola Feed

Kaiser Permanente | Sponsored
High-quality team. High-quality care.

Man who shot at Minneapolis police sues city, officers

Which College Football Program Sends The Most Players To The NFL?
Crowdy Fan | Sponsored

Get a Beautiful Smile With Cheap Invisalign Offers
Teeth Alignment | Search Ads | Sponsored

Best Lines in Movie History
Big Edition | Sponsored

The Prices For Foundation Crack Repair In San Diego Might Surprise You
Home Foundation Repair | Search Ads | Sponsored

Unsold SUVs As Cheap As $15K
CarsGenius | Sponsored      Get Offer

Ambulance Services In San Diego Might Surprise You. Check Options Here!
Air Ambulance Services | Search Ads | Sponsored

Biden to push schools to set up routine COVID testing for kids, staff

EXHIBIT 12

# RealClear Politics

## Don Lemon: No Shirt, No Shoes, No Vaccine, No Service

  

Posted By Tim Hains
On Date August 1, 2021



CNN's Don Lemon voiced the frustration many vaccinated Americans have for those who refuse to be vaccinated for COVID-19, saying:

DON LEMON, CNN: I'm sure a lot of people are not going to agree with this, but [if you] don't get the vaccine, you can't go to the supermarket. Don't have the vaccine, can't go to the ball game. Don't have a vaccine, can't go to work. You don't have a vaccine, can't come here. No shirt, no shoes, no

service.

I think that's where we should be right now because we continue to waste our breath on people who are just not going to change. You know, circular logic, they keep going back and saying, "Well, it's my freedom." "It's whatever." "'I'm free."

Well, your kid's not free to give other kids meningitis in schools. Got to take a vaccine to do that. You got to take vaccines in order to be employed.

So what is the big deal? And all these people are saying, "I don't want to put this stuff in my body," they're out drinking on the weekend and putting other substances in their bodies that's way worse for them than a vaccine. So, come on. Let's be real.

**SPONSORED CONTENT**                                    mgid



**At 56, She Never Got Married & Now We Know Why**
Gazillions



**Surgeon: Reduce Nerve Pain - Do This Daily**
Nerve Control 911



**Katharine Ross, 81, Is Amazing As Always**
Investing Fuel

EXHIBIT 13

Late-Night Host Ghoulishly Mocks Sick and Unvaccinated: 'Rest in Peace, Wheezy'

 

 By Grant Atkinson  September 8, 2021 at 2:22pm

Throughout the coronavirus pandemic, those on the left have argued for draconian restrictions, vaccine and mask mandates and other efforts to control the actions of others. Their justification for that behavior has been that they are supposedly trying to care for people's health.

As we already know, that purported compassion extends only so far. When it comes to people who disagree with their views, many leftists do not hesitate to throw that compassion straight out the window.

The latest example of this hatred came from Jimmy Kimmel, one of the least-compassionate leftists of them all.



Advertisement - story continues below

The ABC late-night host returned from a months-long summer break to host "Jimmy Kimmel Live!" on Tuesday, and he came out with guns blazing.

Kimmel started off by talking about an increase in COVID-19 cases compared with Labor Day 2020 and mocking the use of the drug ivermectin by coronavirus patients.

Trending:   No Woke Agenda in Court: Rittenhouse Judge Says Rioters Can't Be

**Called 'Victims,' Approves This List Instead**

"I leave you people alone for two months, you start taking horse worm medicine?" he said. (The Food and Drug Administration has approved ivermectin for humans but not as a COVID-19 treatment.)

He proceeded to suggest unvaccinated people deserve to die.



Advertisement - story continues below

"Dr. Fauci said that if hospitals get any more overcrowded they're going to have to make some very tough choices about who gets an ICU bed," Kimmel said.

"I don't know, that choice doesn't seem so tough to me. Vaccinated person having a heart attack? Yes, come right on in, we'll take care of you. Unvaccinated guy who gobbled horse goo? Rest in peace, wheezy.'"

His throng of leftist lemmings responded with laughter and cheering, revealing their inner feelings.

You see, the left's pitch that Democrats represent the more caring and compassionate party is a lie. People who care about others don't cheer for their deaths simply because those people made a personal <u>medical decision</u> with which they disagree.

For radical leftists, compassion for conservatives is nonexistent. Instead, their insistence on controlling every American comes from a place of selfishness.


Advertisement - story continues below

Conservative commentator Carmine Sabia took his argument one step further on Twitter. He said leftists are not just indifferent to the health of conservatives but actually want them to suffer.

"I'm fully vaccinated," he wrote. "But what I have noticed is that the pandemic has allowed liberals to say what they really want. They want conservatives to die. Jimmy Kimmel and the others do not care about your vaccinated status. They want you dead."

| Related: | **State Senator Refuses to Wear a Mask, Here's the Humiliating Place She's Forced to Sit** |
|---|---|

Advertisement - story continues below



While this is a serious allegation, it certainly has some merit. It's clear that the left's disdain for conservatives is a deeper issue that goes beyond the question of <u>vaccination</u> status. To ignore that truth would be naive.

**Did you think Jimmy Kimmel is funny?**
○ Yes  ○ No

Enter your email    Submit

Completing this poll entitles you to The Western Journal news updates free of charge. You may opt out at anytime. You also agree to our <u>Privacy Policy</u> and <u>Terms of Use</u>.

With his typical smug attitude, Kimmel went on to further trash anyone who used ivermectin as a treatment for COVID-19.

"We've still got a lot of pan-dimwits out there," he said. "People are still taking this ivermectin. This, you know, the poison control centers have seen a spike in calls from people taking this livestock medicine to fight the coronavirus, but they won't take the vaccine."

Advertisement - story continues below



In addition to the fact that the ABC host's condescending tone is simply insufferable to listen to, the content of his monologue is also untrue. While one doctor in Oklahoma made the claim that hospitals were overrun with patients who had overdosed on ivermectin, it was subsequently underlined debunked after he was revealed to have been out of work for months.

That did not matter to Kimmel, who saw an opportunity to mock free-thinking Americans and jumped on it.

This is not the first time he has lied about conservatives in regard to COVID-19 just to get a few laughs. According to The Hollywood Reporter, Kimmel showed an edited video of then-Vice President Mike Pence carrying boxes of health supplies in May 2020.

During the video, Pence jokingly said he was carrying empty boxes as a publicity stunt. A simple examination of context could have shown the comment was a joke, but Kimmel could not be burdened to do that kind of research.



Advertisement - story continues below

"I had only watched part of the video," Kimmel said. "It turns out there were 29 minutes of this on C-SPAN that apparently indicate he was joking about carrying the empty boxes for the cameras.

"Which again, I didn't know because I don't have the mental endurance it requires to watch Mike Pence deliver boxes for 29 minutes on C-SPAN. But I should have watched the whole thing, I guess. Bottom line is, I was wrong. He was joking."

Even in his apology, Kimmel could not resist taking shots at Pence and the Trumpadministration. He went on to compare his apology to "apologizing to Barry Bonds for using steroids," and he said the fact that people held him accountable for his lie was "stupid" and "disgusting."



Advertisement - story continues below

As this incident makes clear, Kimmel and many others on the left do not care about the truth nearly as much as they care about mocking conservatives. They wish to bludgeon Republicans with whatever club they can find, and they don't want to be inconvenienced by those pesky things we call facts.

No matter how many times the left claims to have compassion for everyone, it is still categorically untrue.

EXHIBIT 14

**OPINION**

# There's 1 obvious solution to the Delta variant: Mandatory vaccination

*Want to fly or go out to eat? Get your shot.*



Illustrated | iStock



**RYAN COOPER**
JULY 23, 2021

 

The coronavirus pandemic is back in America. Just as many feared, the Delta variant has proved to be extremely contagious, and cases are skyrocketing around the country — up 171 percent nationally over the last two weeks, at time of writing.

Worse, in many states well over half the population has not been vaccinated. (Despite a huge head start, the U.S. is now less vaccinated than Denmark, Spain, Italy, and Germany, and other countries are catching up fast.) In heavily-dosed states like Vermont and New Jersey, cases are up considerably, but hospitalizations much less so, because while the vaccines work less well against the Delta strain, they are still nearly 100-percent effective at preventing serious illness. But in conservative states full of Tucker Carlson-addled vaccine refuseniks, cases are *skyrocketing* and so are hospitalizations — and mass deaths are on the way. "I'm admitting young healthy people to the hospital with very serious COVID infections," one Alabama doctor wrote on Facebook recently. "One of the last things they do before they're intubated is beg me for the vaccine. I hold their hand and tell them that I'm sorry, but it's too late."

There is a simple and obvious solution to this problem: mandatory vaccination. Wherever possible, so long as people do not have a legitimate medical reason (such as allergies to other vaccines), they should be required to get their shot.

On civil liberties grounds, the case for requiring vaccination is ironclad. Even libertarian philosophers like Robert Nozick admit that the government can coerce people to prevent injury to others. The argument for strict measures to halt the spread of a super-contagious and extremely dangerous virus is essentially the same as for laws against murder.

Moreover, the coronavirus vaccines are one of the most-studied treatments in the history of medicine. They are extremely safe for virtually everyone, and again, aside from people with rare vaccine-specific allergies, they are far, far less dangerous than getting COVID. Full FDA approval is simply a matter of jumping through the tedious bureaucratic hoops, and it is a foregone conclusion (hopefully happening soon).

There is also a long history of mandatory vaccination in the United States and other countries. Many states imposed smallpox vaccination requirements to stem outbreaks in the 19th century, and the Supreme Court eventually ruled in 1905 that doing so is constitutional.

Now, it would probably not be possible at this point to actually go door-to-door and force people to get vaccinated. The American government barely knows where everyone lives. But there are a lot of other measures that could be taken in both the private and public sectors.

For instance, private businesses should require proof of vaccination (or a medical note explaining why someone can't get it) to use their services. A bunch of conservative states have actually passed laws forbidding businesses from doing this, but this is almost certainly an unconstitutional infringement of property rights. This development is quite ironic, as in ages past conservatives furiously attacked laws like the Civil Rights Act (witness Barry Goldwater in 1964 or Rand Paul in 2010) as being an infringement of personal liberty and property rights. Now, as my colleague Bonnie Kristian points out, they are doing the exact same infringement except not on behalf of an oppressed group, but on behalf of a deadly virus.

MORE PERSPECTIVES

## The right's new libertinism

## The end of the common good

Legally speaking, civil rights laws only apply to discrimination against protected categories like race, gender, religion, and so on — you can still require people to wear clothing in a restaurant, for example, or throw an abusive drunk out of your bar. If you can do that you

can certainly require customers to be vaccinated during a raging pandemic so they do not kill you, your employees, or other customers. Airlines would be especially effective here, since people have returned to traveling in large numbers, and there are not many options for flying.

Health-care workers are another obvious category of people who have no excuse to not get their shot, since they are routinely interacting with the public in a medical setting. Some private and public hospitals have required vaccination, and others are [reportedly mulling the idea](). Similarly, as *Talking Points Memo*'s [Josh Marshall argues](), any objection about personal choice is even weaker with regard to cops, since part of their job is *forcing* people to interact with them. The NYPD, for example, has a pathetic [43 percent vaccination rate](), probably because it is full of right-wing cranks. In general, every government employee of any kind should be required to be vaccinated to come to work. (San Francisco is reportedly [implementing this rule]() for city employees.)

Some other institutions are having similar ideas as they look down the barrel of another viral wave. Both [France]() and [Israel]() have imposed vaccination requirements for their populations to be able to enter public buildings. The NFL recently [announced stiff penalties]() for teams that end up missing a game due to illness among unvaccinated players or staff. Indiana University [won a lawsuit]() challenging their requirement that students get vaccinated before returning to campus this year. Even Fox News has changed its tune somewhat with a [new PSA]() urging its viewers to get their shots (though Carlson continues to [spew anti-vaccine lies]()).

A surge of completely unnecessary illness and death in the U.S. is unavoidable at this point, but perhaps it will inspire various institutions to stop indulging anti-vaccine nuts.

## Read all sides of the story with *The Week* - Subscribe Now

 THE WEEK  SUBSCRIBE

**EXHIBIT 15**

**RECOGNITION OF RELIGIOUS BELIEFS AND CUSTOMS**

The Board of Education recognizes that students' education would be incomplete without an understanding of the role of religion in society. As appropriate for a particular course, teachers may objectively discuss the influences of various religions, using religious works and symbols to illustrate their relationship with culture, literature or the arts. The Board expects that such instruction will identify principles common to all religions and foster respect for the diversity of religions and customs in the world.

*(cf. 6143 - Courses of Study)*

In order to respect each student's individual right to freedom of religious practice, religious indoctrination is clearly forbidden in the public schools. Instruction about religion shall not promote or denigrate the beliefs or customs of any particular religion or sect, nor should a preference be shown for one religious viewpoint over another. Staff members shall be highly sensitive to their obligation not to interfere with the religious development of any student in whatever tradition the student embraces.

*(cf. 0410 - Nondiscrimination in District Programs and Activities)*
*(cf. 1330 - Use of School Facilities)*
*(cf. 1325 - Advertising and Promotion)*
*(cf. 5113 - Absences and Excuses)*
*(cf. 6145.5 - Student Organizations and Equal Access)*

Staff shall not endorse, encourage or solicit religious or anti-religious expression or activities among students during class time. As part of their official duties, staff shall not lead students in prayer or other religious activities. However, staff shall not prohibit or discourage any student from praying or otherwise expressing his/her religious belief as long as this does not disrupt the classroom.

*(cf. 5127 - Graduation Ceremony and Activities)*

Students may express their beliefs about religion in their homework, artwork and other class work if the expression is germane to the assignment. Such work shall be judged by ordinary academic standards.

*(cf. 5121 - Grades/Evaluation of Student Achievement)*
*(cf. 5145.2 - Freedom of Speech/Expression)*
*(cf. 6144 - Controversial Issues)*
*(cf. 6154 - Homework/Make-up Work)*

While teaching about religious holidays is a permissible part of the educational program, celebrating religious holidays is not allowed in the public schools. School-sponsored programs shall not be, nor have the effect of being, religiously oriented or a religious celebration. School and classroom decorations may express seasonal themes that are not religious in nature.

**RECOGNITION OF RELIGIOUS BELIEFS AND CUSTOMS** (continued)

Music, art, literature or drama programs having religious themes are permitted as part of the curriculum for school-sponsored activities and programs if presented in an objective manner and as a traditional part of the cultural and religious heritage.  The use of religious symbols that are part of a religious holiday is permitted as a teaching aid or resource provided that such symbols are displayed as an example of cultural and religious heritage of the holiday and are temporary in nature.

*Legal Reference:*
    <u>*EDUCATION CODE*</u>
    *38130-38138 Civic Center Act*
    *46014  Absences for religious purposes*
    *51511  Religious matters properly included in courses of study*
    *51938  Right of parent/guardian to excuse from sexual health instruction*
    <u>*UNITED STATES CODE, TITLE 20*</u>
    *4071-4074 Equal Access Act*
    *6061 School prayer*
    *7904 School prayer*
    <u>*COURT DECISIONS*</u>
    <u>*Lassonde v. Pleasanton Unified School District*</u>*, (2003, 9th Cir.) 320 F.3d 979*
    <u>*Cole v. Oroville Union High School District*</u>*, (2000, 9th Cir.) 228 F.3d 1092*
    <u>*Lemon v. Kurtzman*</u>*, (1971) 403 U.S. 602*

*Management Resources:*
    <u>*U.S. DEPARTMENT OF EDUCATION PUBLICATIONS*</u>
    <u>*Guidance on Constitutionally Protected Prayer in Public Elementary and Secondary Schools*</u>*, February 2003*
    <u>*Religion in the Public Schools:  A Joint Statement of Current Law*</u>*, April 1995*
    <u>*WEB SITES*</u>
    *California Department of Education:  http://www.cde.ca.gov*
    *U.S. Department of Education:  http://www.ed.gov*
    *CSBA:  http://www.csba.org*

Policy                                **SAN DIEGO UNIFIED SCHOOL DISTRICT**
adopted: December 12, 2017             San Diego, California
Effective: February 1, 2018

2

**EXHIBIT 16**

## CONTROVERSIAL ISSUES

The Governing Board recognizes that the district's educational program may sometimes include instruction related to controversial issues that may arouse strong reactions based on personal values and beliefs, political philosophy, culture, religion, or other influences. Instruction concerning such topics shall be relevant to the adopted course of study and curricular goals and should be designed to develop students' critical thinking skills, ability to discriminate between fact and opinion, respect for others, and understanding and tolerance of diverse points of view.

*(cf. 6141.2 - Recognition of Religious Beliefs and Customs)*
*(cf. 6142.1 - Sexual Health and HIV/AIDS Prevention Instruction)*
*(cf. 6142.3 - Civic Education)*
*(cf. 6142.8 - Comprehensive Health Education)*
*(cf. 6142.94 - History-Social Science Instruction)*
*(cf. 6143 - Courses of Study)*

The Board expects administrators and teachers to exercise professional judgment when deciding whether or not a particular issue is suitable for study or discussion. They shall consult with the Superintendent or designee as necessary to determine the appropriateness of the subject matter, guest speakers, and/or related instructional materials or resources.

*(cf. 6141 - Curriculum Development and Evaluation)*
*(cf. 6161.1 - Selection and Evaluation of Instructional Materials)*
*(cf. 6161.11 - Supplementary Instructional Materials)*

When providing instruction related to a controversial issue, the following guidelines shall apply:

1.     The topic shall be suitable to the age and maturity of the students.

2.     Instruction shall be presented in a balanced manner, addressing all sides of the issue without bias or prejudice and without promoting any particular point of view.

3.     In the classroom, teachers act on behalf of the district and are expected to follow the adopted curriculum. In leading or guiding class discussions about issues that may be controversial, a teacher may not advocate his/her personal opinion or viewpoint. When necessary, the Superintendent or designee may instruct teachers to refrain from sharing personal views in the classroom on controversial topics.

4.     Students shall be assured of their right to form and express an opinion without jeopardizing their grades or being subject to discrimination, retaliation, or discipline, provided the viewpoint does not constitute harassment, threats, intimidation, or bullying or is otherwise unlawful.

*(cf. 5022 - Student and Family Privacy Rights)*
*(cf. 5121 - Grades/Evaluation of Student Achievement)*
*(cf. 5145.2 - Freedom of Speech/Expression)*
*(cf. 6145.5 - Student Organizations and Equal Access)*

**CONTROVERSIAL ISSUES**  (continued)

5.     Students shall be informed of conduct expected during such instruction and the importance of being courteous and respectful of the opinions of others.

*(cf. 5131 - Conduct)*
*(cf. 5131.2 - Bullying)*
*(cf. 5137 - Positive School Climate)*

6.     Adequate factual information shall be provided to help students objectively analyze and evaluate the issue and draw their own conclusions.

7.     The instruction shall not reflect adversely upon persons because of their race, ethnicity, national origin, sex, sexual orientation, gender identity or expression, disability, religion, or any other basis prohibited by law.

*(cf. 0410 - Nondiscrimination in District Programs and Activities)*
*(cf. 5145.3 - Nondiscrimination/Harassment)*
*(cf. 5145.9 - Hate-Motivated Behavior)*

8.     The subject matter of the instruction shall not otherwise be prohibited by state or federal law.

When a guest speaker is invited to make a presentation related to a controversial issue, the Superintendent or designee shall notify him/her of this policy and the expectations and goals regarding the instruction.  If the guest speaker is presenting only one point of view on an issue, the teacher shall be responsible for ensuring that students also receive information on opposing viewpoints.

*(cf. 6145.8 - Assemblies and Special Events)*

When required by law, such as in regards to comprehensive sexual health and HIV prevention education, parents/guardians shall be notified prior to instruction that they may request in writing that their child be excused from the instruction. Students whose parents/guardians decline such instruction may be offered an alternative activity of similar educational value.

A student or parent/guardian with concerns regarding instruction about controversial issues may communicate directly with the teacher or principal and/or use appropriate district complaint procedures.

*(cf. 1312.1 - Complaints Concerning District Employees)*
*(cf. 1312.2 - Complaints Concerning Instructional Materials)*

*Legal Reference: (see next page)*

**CONTROVERSIAL ISSUES**  (continued)

*Legal Reference:*
    <u>EDUCATION CODE</u>
    *220  Prohibition of discrimination*
    *48950  Freedom of speech*
    *51240  Excuse from health instruction due to religious beliefs*
    *51500  Prohibited instruction or activity*
    *51510  Prohibited study or supplemental materials*
    *51511  Religious matters properly included in courses of study*
    *51513  Materials containing questions about beliefs or practices*
    *51530  Prohibition and definition regarding advocating or teaching communism with intent to indoctrinate*
    *51930-51939  California Healthy Youth Act; comprehensive sexual health and HIV prevention education*
    *60040  Portrayal of cultural and racial diversity*
    *60044  Prohibited instructional materials*
    *60045  Criteria for instructional materials*
    <u>COURT DECISIONS</u>
    <u>*Johnson v. Poway Unified School District*</u>*, (2011) 658 F.3d 954 (9th Cir.)*
    <u>*Mayer v. Monroe County Community School Corporation*</u>*, (2007) 474 F.3d 477 (7th Cir.)*
    <u>*Garcetti v. Ceballos*</u>*, (2006) 547 U.S. 410*

Policy                                   **VISALIA UNIFIED SCHOOL DISTRICT**
adopted:  July 17, 2001                         Visalia, California
revised:  January 28, 2014
revised: November 7, 2017

**EXHIBIT 17**

| | |
|---|---|
| **From:** | Jeffrey Trissell |
| **Sent:** | Thursday, October 28, 2021 11:11 AM |
| **To:** | amgreene@sandi.net; dharrelson@sandi.net |
| **Cc:** | cslimandri@limandri.com; Paul Jonna; Kathy Denworth; Mark Myers; Kate Peterson |
| **Subject:** | High Importance: John Doe, et al. v. San Diego Unified School District, et al., No. 3:21-cv-01809-CAB (LL) (S.D. Cal.) |

Ms. Greene,

We represent the Plaintiffs in *John Doe, et al. v. San Diego Unified School District, et al.*, No. 3:21-cv-01809-CAB (LL) (S.D. Cal. Oct. 22, 2021). In response to San Diego Unified School District's COVID-19 vaccination mandate for students, last Friday, October 22, 2021, we filed a complaint on behalf of a family in the Southern District of California for violation of the Free Exercise clause of the First Amendment to the U.S. Constitution. The Plaintiffs are Mr. and Mrs. Doe, and their daughter Jill Doe, who is a 16 year old minor attending Scripps Ranch High School. The named Defendants are SDUSD itself, the five Board Trustees, and the Interim Superintendent. The action is now assigned to the Hon. Cathy Ann Bencivengo.

This past week, our office has tried calling SDUSD to see whether your office will accept service. I understand that we have spoken with Diane and Susan, but have not heard back. So now I'm writing to ask you, as general counsel for SDUSD, whether you will accept service for the Defendants. A copy of the Complaint, Civil Case Cover Sheet, and Summons are available at this link: https://drive.google.com/drive/folders/1eu91VDV2bJlPWNy7trnLQKHG5c9mRpck?usp=sharing.

Further, the complaint notes that the Plaintiffs need a temporary restraining order before November 29, 2021—the deadline for students to get their first dose of the Pfizer vaccine. As a result*, tomorrow, Friday, October 29, 2021*, we intend to file an ex parte application with Judge Bencivengo in Courtoom 15A for a temporary restraining order preventing Defendants from enforcing their COVID-19 vaccination mandate against Plaintiffs pending resolution of this action. Also in that application, Plaintiffs will request leave to proceed pseudonymously in this case. This email is meant to serve as notice in compliance with CivLR 83.3(g)(2) and Judge Bencivengo's Civil Standing Order, Rule IV(1).

Further, pursuant to Judge Bencivengo's rules, the parties are supposed to meet in confer (Rule IV(2)) and Plaintiffs are supposed to identify Defendants' position on the application (Rule IV(3)). Thus, please identify a time when you are available for a telephone call. We are available today from 2:00-2:30, but also available all day tomorrow. A call is also needed to identify a briefing schedule. According to Judge Bencivengo's rules, ex parte applications must be opposed within two Court days (Rule IV) but we would not oppose identifying in our application a reasonable date by which Defendants intend to oppose the application.

Sincerely,

Jeff

**************************

**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067

Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s).  If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.  If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**EXHIBIT 18**

| | |
|---|---|
| **From:** | Mark R. Bresee <MBresee@aalrr.com> |
| **Sent:** | Monday, November 1, 2021 10:19 AM |
| **To:** | Jeffrey Trissell |
| **Cc:** | Paul Jonna; Charles Limandri; Kathy Denworth; Mark Myers; Kate Peterson; Alyssa Ruiz de Esparza |
| **Subject:** | Re: [EXTERNAL] RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346] |

Got it, thanks.

Best,

Mark Bresee, Partner
AALRR
Cell: (949) 294-7439
(Sent from iPad)


On Nov 1, 2021, at 10:13 AM, Jeffrey Trissell <jtrissell@limandri.com> wrote:

**[EXTERNAL MESSAGE]**

Mark,

I just learned tha the remaining two defendants were actually served this morning, so there's no need for a Notice and Acknowledgment. We'll file the POS and then the TRO papers shortly.

Jeff

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**Jeffrey M. Trissell | Senior Associate**
**LiMANDRI & JONNA LLP | P.O. Box 9120 | Rancho Santa Fe, CA 92067**
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Monday, November 1, 2021 9:51 AM
**To:** Paul Jonna <pjonna@limandri.com>
**Cc:** Jeffrey Trissell <jtrissell@limandri.com>; Charles Limandri <climandri@limandri.com>; Kathy

Denworth <kdenworth@limandri.com>; Mark Myers <mmyers@limandri.com>; Kate Peterson <kpeterson@limandri.com>; Alyssa Ruiz de Esparza <ARuizdeEsparza@aalrr.com>
**Subject:** Re: [EXTERNAL] RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

Same conference line number that was sent Friday?

Thanks.

Best,

Mark Bresee, Partner
AALRR
Cell: (949) 294-7439
(Sent from iPad)

On Oct 31, 2021, at 5:12 AM, Paul Jonna <pjonna@limandri.com> wrote:

**[EXTERNAL MESSAGE]**

Mark:

Let's keep our 10am call on Monday as we still need to meet and confer regarding the subject of our ex parte motion, per Judge Bencivengo's rules (Rule IV): https://www.casd.uscourts.gov/judges/bencivengo/docs/Bencivengo%20Chambers%20Rules%20for%20Civil%20Cases.pdf

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. Thank you.

**From:** Paul Jonna
**Sent:** Sunday, October 31, 2021 5:05 AM
**To:** Mark R. Bresee <MBresee@aalrr.com>; Jeffrey Trissell <jtrissell@limandri.com>
**Cc:** Charles Limandri <climandri@limandri.com>; Kathy Denworth <kdenworth@limandri.com>; Mark Myers <mmyers@limandri.com>; Kate Peterson <kpeterson@limandri.com>
**Subject:** RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

Dear Mark:

Re point 1 – thanks for confirming.

Re point 2: your proposed schedule is fine. Do you still want to talk on Monday?

Best,

Paul Jonna

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. Thank you.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Saturday, October 30, 2021 4:06 PM
**To:** Jeffrey Trissell <jtrissell@limandri.com>
**Cc:** Charles Limandri <climandri@limandri.com>; Paul Jonna <pjonna@limandri.com>; Kathy Denworth <kdenworth@limandri.com>; Mark Myers <mmyers@limandri.com>; Kate Peterson <kpeterson@limandri.com>
**Subject:** RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

Good afternoon. Sorry for interrupting your weekend.  Two quick pieces of information:

1.  I received permission to accept service on behalf of the final two individual defendants, so there are no more service issues.

2.  I jumped the gun a bit Friday in our conversation, regarding a briefing schedule. I neglected to check with schedules of others involved, attorney and support staff alike. I ask that we go back to what you offered at the outset — a week for us to respond. I propose filing/service of the application Monday, 11/1, Defendants oppose by Monday, 11/8, and Plaintiffs reply by Friday, 11/12.  Please let me know what you think, or we can discuss in out call Monday morning at 10:00am

Thanks, and enjoy the rest of your weekend.

Best,

**Mark R. Bresee** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439

MBresee@aalrr.com | vcard | bio | website | subscribe | blog



 Please consider the environment before printing this e-mail

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Mark R. Bresee
**Sent:** Friday, October 29, 2021 1:43 PM
**To:** 'Jeffrey Trissell'
**Cc:** 'Charles Limandri'; 'Paul Jonna'; 'Kathy Denworth'; 'Mark Myers'; 'Kate Peterson'; 'amgreene@sandi.net'; Alyssa Ruiz de Esparza
**Subject:** RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

Good afternoon,

I still have some issues regarding service, so I will not be able to confirm that today. We/the District have received permission to accept service on behalf of the all but two individually-named defendants, and I am sure you are aware that a process server was at the District office this morning and staff went ahead and accepted service on behalf of the District and the four individuals who authorized it.

I propose we kick the call over to first thing Monday morning. I am available starting at 8am.

Best,

**Mark R. Bresee** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



Please consider the environment before printing this e-mail

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Mark R. Bresee
**Sent:** Thursday, October 28, 2021 5:09 PM
**To:** 'Jeffrey Trissell'
**Cc:** Charles Limandri; Paul Jonna; Kathy Denworth; Mark Myers; Kate Peterson; amgreene@sandi.net; Amy W. Estrada
**Subject:** RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

Let's do a conference line number. I have one if you want to use mine. Thanks.

Best,

**Mark R. Bresee** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



 **Please consider the environment before printing this e-mail**

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Thursday, October 28, 2021 4:24 PM
**To:** Mark R. Bresee
**Cc:** Charles Limandri; Paul Jonna; Kathy Denworth; Mark Myers; Kate Peterson; amgreene@sandi.net; Amy W. Estrada
**Subject:** [EXTERNAL] RE: John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

**[EXTERNAL MESSAGE]**

Mr. Bresee,

2pm works for us. Do we need a conference line number, or should we just call your office at the number below?

Jeff

**************************

**Jeffrey M. Trissell | Senior Associate**
**LiMANDRI & JONNA LLP | P.O. Box 9120 | Rancho Santa Fe, CA 92067**
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s).  If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.  If you receive this transmission by error, please notify us by

telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

---

**From:** Mark R. Bresee <<MBresee@aalrr.com>>
**Sent:** Thursday, October 28, 2021 3:44 PM
**To:** Jeffrey Trissell <<jtrissell@limandri.com>>
**Cc:** Charles Limandri <<climandri@limandri.com>>; Paul Jonna <<pjonna@limandri.com>>; Kathy Denworth <<kdenworth@limandri.com>>; Mark Myers <<mmyers@limandri.com>>; Kate Peterson <<kpeterson@limandri.com>>; <amgreene@sandi.net>; Amy W. Estrada <<AEstrada@aalrr.com>>
**Subject:** John Doe, et al. v. San Diego Unified School District, et al. [AALRR-Cerritos.005555.00346]

Mr. Trissell,

This firm has been assigned to represent the Defendants in the above-referenced action. Your email sent late this morning to District General Counsel Andra Greene has been forwarded to me.

At this time we are in the process of determining the issue of acceptance of service on behalf of the seven Defendants. I hope to have answers from all parties by mid-day tomorrow, but I cannot guarantee it.  I am available tomorrow afternoon for a call, where I can report on that issue and we can meet and confer per Judge Bencivengo's rules. I propose 2:00pm or after.

Best,

**Mark R. Bresee** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



**Please consider the environment before printing this e-mail**

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.