# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  ***Doe v. San Diego Unif. Sch. Dist. et al.***     Case Number:  **18cv1809-CAB-LL**

Hon. Cathy Ann Bencivengo      Ct. Deputy Lori Hernandez      Rptr Tape:  n/a

The Court is in receipt of Plaintiffs' ex parte application for a temporary restraining order. [Doc. No. 7.] The application represents that the parties have agreed to a briefing schedule. Accordingly, it is hereby **ORDERED** that Defendants shall file their opposition to the application by **November 8, 2021**, and Plaintiffs shall file their reply by **November 12, 2021**. A hearing on the application will be held on **November 19, 2021** at **2:00 p.m.** in Courtroom 15A. It is **SO ORDERED**.

Date:  November 1, 2021                                                                                               Initials:  AJM