ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Mark R. Bresee          State Bar No. 167346
    MBresee@aalrr.com
Amy W. Estrada          State Bar No. 279969
    AEstrada@aalrr.com
Alyssa Ruiz de Esparza  State Bar No. 306542
    ARuizdeEsparza@aalrr.com
4275 Executive Square, Suite 700
La Jolla, California 92037-1477
Telephone: (858) 485-9526

Attorneys for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, et al.,,<br><br>Plaintiffs,<br><br>v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT, et al.,,<br><br>Defendants. | Case No.:   3:21-cv-01809-CAB (LL)<br><br>**OBJECTIONS TO *SUPPLEMENTAL* EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D., IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; AND FOR LEAVE TO PROCEED PSEUDONYMOUSLY**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 15A<br><br>Date: November 19, 2021<br>Time: 2:00 p.m.<br><br>Complaint Filed: October 22, 2021<br>Trial Date: None |

## EVIDENTIARY OBJECTIONS

Defendant San Diego Unified School District hereby submits these evidentiary objections to the supplemental evidence submitted by Plaintiffs John Doe, et al., in support of their Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction; and For Leave To

005555.00346
35255462.1

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

Proceed Pseudonymously.

## OBJECTIONS TO SUPPLEMENTAL DECLARATION OF RICHARD SCOTT FRENCH, M.D.

| No. | Material Objected to: | Grounds for Objection: | Ruling on Objection: |
|-----|----------------------|------------------------|----------------------|
| 1. | Supplemental Declaration of Richard Scott French, M.D. in Support of Plaintiffs' Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; and for Leave to Proceed Pseudonymously ("French Decl.") 3:12-19 | **Fed. R. Evid. 401, 402, 403, 702** Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. In addition, the statement of one member the FDA panel is irrelevant as it does not constitute the opinion of the FDA. The evidence's probative value is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____ Overruled: _____ |
| 2. | French Decl. 3:20-24 | **Fed. R. Evid. 401, 402, 403, 702** Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. In addition, Dr. French's rhetorical questions do not constitute an expert opinion. The evidence's probative value is substantially outweighed by the danger of misleading the jury. | Sustained: _____ Overruled: _____ |
| 3. | French Decl. 4:1-4 | **Fed. R. Evid. 401, 402, 403** Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. In addition, the quotes mischaracterize the article Dr. French cites. The article Dr. French cites states the FDA panel backs Pfizer's low-dose COVID-19 vaccine for | Sustained: _____ Overruled: _____ |

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

005555.00346
35255462.1

- 2 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| | | children. The evidence's probative value is substantially outweighed by the danger of misleading the jury. | |
| 4. | French Decl. 4:10-21 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods and does not constitute expert witness opinion. In addition, the comparison of Nazi physicians to physicians who support vaccine mandates is extremely prejudicial. In addition, the Nuremberg trials and the practices of Nazi physicians are irrelevant. The probative value of the evidence is substantially outweighed by a danger of unfair prejudice, confusing the issues, and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 5. | French Decl. 4:22-25 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. In addition, Dr. French's statement that experts are claiming that they are 100% certain no harm will come from the vaccine is false, misleading, and a mischaracterization of evidence. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 3 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| 6. | French Decl. 5:1-8 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, irrelevant, and is not based on either sufficient facts or data or on reliable principles or methods and does not constitute expert witness opinion. Specifically, the article that Dr. French cites is from September 15, 2019, prior to the start of the COVID-19 pandemic. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 7. | French Decl. 5:9-12 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, irrelevant, misleading, and is not a proper basis for expert witness opinion. The article that Dr. French cites is from 2019 proving that the COVID-19 pandemic is not the first time that medical exemptions have been reviewed. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 8. | French Decl. 5:13-19 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, irrelevant, misleading, and does not constitute expert witness opinion. The law that Dr. French discusses was passed prior to the start of the COVID-19 pandemic. The probative value of the evidence is substantially outweighed by | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 4 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| | | the danger of unfair prejudice and misleading the jury. | |
| 9. | French Decl. 5:20-6:2 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, irrelevant, misleading, and does not constitute expert witness opinion. In addition, Dr. French's statement that Dr. Taras's involvement in this case constitutes a conflict of interest is false and misleading. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice. | Sustained: _____<br>Overruled: _____ |
| 10. | French Decl. 6:3-11 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. In addition, Dr. French's rhetorical questions do not constitute expert witness opinion. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice. | Sustained: _____<br>Overruled: _____ |
| 11. | French Decl. 6:12-15 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, misleading, and does not constitute expert witness opinion. Dr. French's statement that the government is coercing a physician to comply with the mandates that may harm a patient is false and misleading. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 5 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | and misleading the jury. | |
|---|---|---|---|
| 12. | French Decl. 6:22-7:6 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is misleading and does not constitute expert witness opinion. Dr. French's statement that SDUSD's advisory panel contradicts Dr. Taras's claim is false. Vaccinating staff does not mean that students should not be vaccinated. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice, confusing the issues, and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 13. | French Decl. 7:18-25 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. The article Dr. French cites states the following after the paragraph Dr. French quoted: "Increasing population immunity via booster programmes and vaccination of teenagers will help to increase the currently limited effect of vaccination on transmission, but our analysis suggests that direct protection of individuals at risk of severe outcomes, via vaccination and non-pharmacological interventions, will remain central to containing the burden of disease caused by the delta variant." The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 14. | French Decl. 8:1-10 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 6 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

ATKINSON, ANDELSON, LOYA, RUUD &ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| | | not based on either sufficient facts or data or on reliable principles or methods. Dr. French's opinions regarding myocarditis are not supported by any scientific study. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 15. | French Decl. 8:11-19 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The study Dr. French cites in footnote 34 states that there is insufficient evidence linking the vaccine to capillary leak syndrome. In addition, Dr. French's characterization of Dr. Taras's attitude as "cavalier" is false and misleading. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 16. | French Decl. 8:20-22 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is irrelevant. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 17. | French Decl. 8:23-9:4 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French has not cited any peer reviewed studies that claim myocarditis is a significant risk or harm to children who | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 7 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| # | | | Ruling |
|---|---|---|---|
| | | receive the COVID-19 vaccine. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 18. | French Decl. 9:5-11 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French's characterization of Dr. Taras's statement as contradictory is misleading. The mRNA vaccines can be held to the same rigorous safety and effectiveness standards as other vaccines in the US while also being the first mRNA vaccines to be rolled out to the general public. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 19. | French Decl. 9:12-16 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 20. | French Decl. 9:17-21 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. Dr. French's statement implies that vaccines are not "more specific" for the COVID-19 virus when the alternative to the vaccine, the study states, is to contract the virus and | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 8 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| | | maintain the antibodies. Contracting COVID-19 cannot be seen as a reasonable alternative. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 21. | French Decl. 9:22-10:18 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. The article Dr. French cites also states the following: "Infection and inoculation both elicit an immune response against Covid-19 that lasts for months and possibly years, a growing body of research shows, but the power of vaccines against known variants make the shots critical to containing the virus." The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 22. | French Decl. 10:23-11:2 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 23. | French Decl. 11:3-13:2 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French unnecessarily summarized the opinions in his initial declaration. The probative value of the evidence | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 9 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| | | is substantially outweighed by the danger of unfair prejudice, needlessly presenting cumulative evidence, and misleading the jury. | |
| 24. | French Decl. 13:6-13:10 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The statement that mandating vaccines is "reckless at best" is false and misleading as the CDC and many physicians recommend that children receive the vaccine. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 25. | French Decl. 13:11-14:5 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is irrelevant and not proper expert witness testimony. Dr. French cites an opinion article in the Wall Street Journal that is written by a lawyer and not a scientist or medical professional. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 26. | French Decl. 14:12-19 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French has not provided peer reviewed evidence that myocarditis is a substantial risk to children receiving the vaccine. The probative value | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 10 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| | | of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 27. | French Decl. 14:20-15:7 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. Dr. French has failed to show that myocarditis is a substantial risk in vaccinated children. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice, needlessly presenting cumulative evidence, and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 28. | French Decl. 15:9-13 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading and speculative. Dr. French does not cite any evidence regarding his contention that vaccines cause myocarditis. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice, needlessly presenting cumulative evidence, and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 29. | French Decl. 15:14-17 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading and speculative. The article Dr. French cites also states: "However, according to the EMA, the benefits of both mRNA shots in preventing COVID-19 continue to outweigh the risks, the regulator said, echoing similar views expressed by U.S. regulators and the World Health Organization." The probative value of the evidence is substantially outweighed by | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 11 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| | | the danger of unfair prejudice and misleading the jury. | |
| 30. | French Decl. 15:18-16:22 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice, needlessly presenting cumulative evidence, and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 31. | French Decl. 16:23-27 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French's opinion about myocarditis is pure speculation and is not supported by any reliable, peer reviewed, evidence. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice, needlessly presenting cumulative evidence, and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 32. | French Decl. 17:9-13 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative and not proper expert witness opinion. Dr. French's characterizations of Dr. Taras's opinions as exhibiting "confirmation bias" are false and misleading. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 12 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| # | Citation | Objection | Ruling |
|---|---|---|---|
| 33. | French Decl. 17:16-18 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative and not proper expert witness opinion. Dr. French's characterizations of Dr. Taras's opinions as lacking objectivity are false and misleading. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 34. | French Decl. 17:23-27 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, irrelevant, and not proper expert witness testimony. Dr. French's speculation that a physician will not advocate for his patient because of risk of an adverse decision from the state of SDUSD is speculative and is not based on any evidence. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 35. | French Decl. 18:1-5 | **Fed. R. Evid. 401, 402, 403, 702**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. The evidence is not proper expert witness opinion. In addition, Dr. French's comparison of the District to totalitarian regimes is highly prejudicial. The probative value of the evidence is substantially outweighed by | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 13 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| # | Citation | Objection | Ruling |
|---|---|---|---|
|  |  | the danger of unfair prejudice. |  |
| 36. | French Decl. 18:6-14 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice. | Sustained: _____<br>Overruled: _____ |
| 37. | French Decl. 18:18-23 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative and is not based on either sufficient facts or data or on reliable principles or methods. The study that Dr. French cites and quotes was published in February 2021, prior to widespread vaccine availability, yet Dr. French uses this study as evidence that the vaccine is inferior to natural immunity. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 38. | French Decl. 18:24-19:2 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. The study that Dr. French cites is from March 2021, prior to widespread vaccine availability. In addition, the study does not state previously infected people should not get vaccinated. The article concludes that previously infected people may be able to delay vaccination in the case of a vaccine shortage. The | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 14 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| | | probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 39. | French Decl. 19:3-6 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. The study that Dr. French cites is from February 2021, prior to widespread vaccine availability. It does not support Dr. French's contention that the vaccine is inferior to natural immunity. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 40. | French Decl. 19:7-13 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. As stated previously, the studies that Dr. French cites were published prior to widespread vaccine availability and did not conclude that natural immunity was superior to vaccine immunity. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 41. | French Decl. 19:14-20 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French does not cite any study to support this conclusion. The probative value of the evidence | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 15 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

| | | | |
|---|---|---|---|
| | | is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 42. | French Decl. 19:20-20:7 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. Dr. French does not cite any study to support this conclusion. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 43. | French Decl. 20:8-15 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 44. | French Decl. 20:16-20 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 45. | French Decl. 21:17-20 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is misleading. Dr. French states that "the vast majority of COVID-19 outbreaks are not in schools, but businesses." Dr. French cited the incorrect footnote. However the chart Dr. French intended to cite also indicates that schools are a significant | Sustained: _____<br>Overruled: _____ |

005555.00346
35255462.1

- 16 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| | | source of COVID-19 outbreaks. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | |
| 46. | French Decl. 22:1-4 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 47. | French Decl. 22:6-17 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |
| 48. | French Decl. 22:18-15 | **Fed. R. Evid. 401, 402, 403**<br><br>Evidence is speculative, irrelevant, misleading, and is not based on either sufficient facts or data or on reliable principles or methods. The probative value of the evidence is substantially outweighed by the danger of unfair prejudice and misleading the jury. | Sustained: _____<br>Overruled: _____ |

///

///

- 17 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.

005555.00346
35255462.1

IT IS SO ORDERED.

Dated: _____

                                       Hon. Cathy Ann Bencivengo
                                       U.S. District Judge

005555.00346
35255462.1

- 18 -

OBJECTIONS TO SUPPLEMENTAL EVIDENCE SUBMITTED BY RICHARD SCOTT FRENCH, M.D.