Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Mark D. Myers, SBN 235719
 mmyers@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
Robert E. Weisenburger, SBN 305682
 rweisenburger@limandri.com
Milan L. Brandon II, SBN 326953
 mbrandon@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice**
 tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice**
 pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
*Application forthcoming


*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>SAN DIEGO UNIFIED SCHOOL DISTRICT, et al.,<br><br>     Defendants. | Case No.: 3:21-cv-01809-LL-MDD<br><br>**Declaration of Paul M. Jonna, Esq. in Support of Plaintiffs' Reply re: Motion for Leave to Continue Proceeding Pseudonymously**<br><br>Judge: Hon.    Linda Lopez<br>Courtroom:    2B<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

I, Paul M. Jonna, Esq. declare and state as follows:

1.     I am an attorney at law duly licensed to practice in all courts in California, both state and federal. I am a partner with LiMandri & Jonna LLP, counsel of record for Plaintiffs John Doe, Jane Doe, Jill Doe, Tiffany Roe, Terry Roe, Taylor Roe, Andrew Poe, and Adrian Poe. I have personal knowledge of the matters set forth below and could and would competently testify thereto if called upon to do so.

### MEET & CONFER PER CHAMBERS' RULES

2.     Attached hereto as **Exhibit 17** is a true and correct copy of an email chain between my office and counsel for Defendants, Mr. Mark Bresee, dated from April 21, 2022 through June 20, 2022, concerning the parties' meet and confer efforts on pseudonymity in public court filings.

3.     On Thursday, April 21, 2022, my office emailed Mr. Bresee to request that the parties meet and confer telephonically about Plaintiffs' motion for leave to proceed pseudonymously. This was done to comply with this Court's chambers' rules regarding meeting and conferring prior to filing any motion. (Ex. 17, pp.18-20.)

4.     When Mr. Bresee did not respond, my office followed up via email on Tuesday, April 26. (Ex. 17, pp.17-18.) That day, Mr. Bresee responded stating that it would be preferable that the parties meet and confer after the filing of the First Amended Complaint, and that if Plaintiffs filed a new motion for leave to proceed pseudonymously in advance of that, Defendants would oppose it. (Ex. 17, pp.16-17.) My office responded that same day agreeing to postpone meeting and conferring over pseudonymity. (Ex. 17, pp.14-15.)

5.     The next day, Wednesday, April 27, once the First Amended Complaint was filed, my office followed up via email to inquire when Mr. Bresee would be available to meet and confer regarding pseudonymity. (Ex. 17, pp.12-13.) When Mr. Bresee did not respond, my office followed up again via email on Tuesday, May 3, 2022. (Ex. 17, p.12.) Mr. Bresee initially agreed to a call on Thursday, May 4, at 3:30
/ / /

1  p.m. (Ex. 17, pp.10-12), but the parties later delayed the call to Friday, May 5 at 2:00
2  p.m. (Ex. 17, pp.9-10.)

3      6.    On that call, Mr. Bresee stated that Defendants' position was the same as
4  they explained in their opposition to Plaintiffs' initial application for a temporary
5  restraining order, namely that they will stipulate to pseudonymity in public court
6  filings, but are concerned about their inability to test certain factual matters, such as
7  (1) the superiority of in-person learning vs. distance learning; and (2) whether Jill Doe
8  is likely to achieve a collegiate sports scholarship.

9      7.    This was documented in my office's email dated Thursday, May 12,
10 2022. (Ex. 17, p.7-8.) In that email, we stated that "we would like to take you up on
11 your offer … to stipulate to proceeding pseudonymously" via an "unopposed ex parte
12 application." To address Mr. Bresee's concern about divulging the plaintiff's
13 identities under a protective order, we asked whether he would agree to stipulate to
14 pseudonymity with the express reservation that it is only for "the current 'stage of the
15 proceedings,' which can be revisited 'at some later point in the proceedings.'" (Ex.
16 17, p.7-8.)

17     8.    Mr. Bresee did not respond to this email. I called to follow up with him
18 on June 13, 2022, and also sent him an email. (Ex. 17, p.6.) I tried calling him again,
19 but missed him. (See Ex. 17, p.5.) On June 15, my office then sent him another email
20 explaining that we believed a motion for leave to proceed pseudonymously was
21 necessary and seeking confirmation that the parties could frame it as "an unopposed
22 ex parte application." In that email, my office noted that "in light of the parties'
23 prior discussions, we would think that the relief we seek would be unopposed at this
24 time." (Ex. 17, p.4.)

25     9.    In response, Mr. Bresee asked for a call, and the parties set up a call for
26 Tuesday, June 21, at 9:30 a.m. (Ex. 17, pp.1-3.) On that call, Mr. Bresee again stated
27 that Defendants' position was that pseudonymity in public court filings was not
28 ///

objected to, but that Defendants were concerned only about the provision of the plaintiffs' identities under a protective order.

10.   Later that same day, June 21, this Court issued its order denying Plaintiffs' then-pending motion for a preliminary injunction. The next day, June 22, Judge Dembin issued an order setting the ENE conference. In light of those orders, it no longer made sense for Plaintiffs to file a motion for leave to proceed pseudonymously at the "the current stage of the proceedings," and so Plaintiffs did not file that motion. However, I believed that I fully understood Mr. Bresee's and Defendants' position which I could then convey to the court in a new motion for leave to proceed pseudonymously.

11.   On July 1, 2022, my office emailed Mr. Bresee informing him that we planned to seek leave for the plaintiffs to appear pseudonymously at the ENE, and asking him for Defendants' position. But before the parties could meet and confer over that, my office learned that a major trial would be proceeding and that we would need a continuance of the ENE. After a telephonic meet and confer, Mr. Bresee agreed to such a continuance, and Judge Dembin ultimately ordered the ENE continued to September 30, 2022.

12.   In advance of the ENE, on September 13, 2022, my office sent Mr. Bresee an email inquiring about whether he would object to the plaintiffs proceeding pseudonymously at the ENE. In line with Mr. Bresee's repeatedly stated position that Defendants did not object to plaintiffs appearing pseudonymously in public court fillings, Mr. Bresee stated he did not object, which led to a joint motion for such leave.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on October 11, 2022, in San Diego, California.

_____
Paul M. Jonna

**EXHIBIT 17**

**Jeffrey Trissell**

| | |
|---|---|
| **From:** | Paul Jonna |
| **Sent:** | Monday, June 20, 2022 8:34 PM |
| **To:** | Mark R. Bresee |
| **Cc:** | Jeffrey Trissell |
| **Subject:** | Re: [EXTERNAL]  Doe v. SDUSD [AALRR-Cerritos.005555.00346] |

Will do.

Paul M. Jonna | Partner
LIMANDRI & JONNA LLP | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Monday, June 20, 2022 8:20:22 PM
**To:** Paul Jonna <pjonna@limandri.com>
**Cc:** Jeffrey Trissell <jtrissell@limandri.com>
**Subject:** Re: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Tomorrow at 9:30 works. Call on my cell # below.

Best,

Mark Bresee, Partner
AALRR
Cell: (949) 294-7439
(Sent from iPhone)


On Jun 20, 2022, at 3:39 PM, Paul Jonna <pjonna@limandri.com> wrote:


[EXTERNAL MESSAGE]

Following up. Thanks Mark

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. Thank you.

**From:** Paul Jonna <pjonna@limandri.com>
**Sent:** Thursday, June 16, 2022 2:47 PM
**To:** Mark R. Bresee <MBresee@aalrr.com>; Jeffrey Trissell <jtrissell@limandri.com>
**Subject:** Re: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

How about Tuesday at 9:30?

Paul M. Jonna | Partner
LIMANDRI & JONNA LLP | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Thursday, June 16, 2022 2:03:53 PM
**To:** Jeffrey Trissell <jtrissell@limandri.com>; Paul Jonna <pjonna@limandri.com>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

I am out Monday but I'm available Tuesday until 10am.

Best,

**Mark R. Bresee** | Senior Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



 **Please consider the environment before printing this e-mail**

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Thursday, June 16, 2022 2:01 PM
**To:** Mark R. Bresee; Paul Jonna
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

**[EXTERNAL MESSAGE]**

Mark,

Paul is actually out tomorrow. Can we set up a time on Monday?

Jeff

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Thursday, June 16, 2022 1:57 PM
**To:** Jeffrey Trissell <jtrissell@limandri.com>; Paul Jonna <pjonna@limandri.com>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Sorry for the delay — I can't seem to get ahead of the wave of urgent client issues …..

Let's set a specific time for tomorrow. I am available at 10am, and between 2 and 3:30.

Best,

**Mark R. Bresee** | Senior Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog

**aalrr**

 **Please consider the environment before printing this e-mail**

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Wednesday, June 15, 2022 5:21 PM
**To:** Paul Jonna; Mark R. Bresee
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

**[EXTERNAL MESSAGE]**

Mark,

The issue is essentially that we believe we need to get a motion for leave to proceed pseudonymously on file. Even if the parties are in practical agreement, we believe we need a court ruling permitting pseudonymity. In that respect, we intend to file a motion asking the Court to essentially continue Judge Bencivengo's prior ruling. (Dkt. 20 at 11:1-5 ["in light of the instant ruling and Plaintiffs' professed intention to file an immediate appeal, the Court will temporarily permit Plaintiffs to proceed anonymously. The Court will revisit this permission if and when this case returns after Plaintiffs' appeal, and it is without prejudice to Defendants filing a motion seeking to require Plaintiffs to reveal their real names."].)

We would like to work out an agreement so that we can frame our motion as an unopposed ex parte application, so that the Court can focus on the key legal issues. As that ruling says, it is without prejudice to Defendants revisiting this later, and in light of the parties' prior discussions, we would think the relief we seek would be unopposed at this time. We look forward to hearing from you as soon as possible.


Jeff

***************************
**Jeffrey M. Trissell | Senior Associate**
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Paul Jonna
**Sent:** Wednesday, June 15, 2022 1:05 PM
**To:** Mark R. Bresee <MBresee@aalrr.com>
**Cc:** Jeffrey Trissell <jtrissell@limandri.com>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Just called but missed you. When are some good times to talk?

Thanks

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. Thank you.

**From:** Paul Jonna
**Sent:** Tuesday, June 14, 2022 11:15 AM
**To:** Mark R. Bresee <MBresee@aalrr.com>
**Cc:** Jeffrey Trissell <jtrissell@limandri.com>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Sure, how about 1pm tomorrow?

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
pjonna@limandri.com | www.limandri.com



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. Thank you.

**From:** Mark R. Bresee <[MBresee@aalrr.com](mailto:MBresee@aalrr.com)>
**Sent:** Tuesday, June 14, 2022 8:40 AM
**To:** Paul Jonna <[pjonna@limandri.com](mailto:pjonna@limandri.com)>
**Cc:** Jeffrey Trissell <[jtrissell@limandri.com](mailto:jtrissell@limandri.com)>
**Subject:** Re: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Hi Paul,

I have a brief in another case due today, but am available tomorrow afternoon.

Best,

Mark Bresee, Partner
AALRR
Cell: [(949) 294-7439](tel:9492947439)
(Sent from iPhone)

On Jun 13, 2022, at 3:40 PM, Paul Jonna <[pjonna@limandri.com](mailto:pjonna@limandri.com)> wrote:

**[EXTERNAL MESSAGE]**

Mark, I just called but missed you. I have a quick question about our motion to proceed pseudonymously. Please let me know when you have a minute to talk.

Thanks,

Paul

**Paul M. Jonna** | Partner
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 |Direct: (858) 759-9133 |Fax: (858) 759-9938
[pjonna@limandri.com](mailto:pjonna@limandri.com) | [www.limandri.com](http://www.limandri.com)



This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. Thank you.

**From:** Jeffrey Trissell <jtrissell@limandri.com>
**Sent:** Thursday, May 12, 2022 8:20 PM
**To:** Mark R. Bresee <MBresee@aalrr.com>; Alyssa Ruiz de Esparza <ARuizdeEsparza@aalrr.com>; Amy W. Estrada <AEstrada@aalrr.com>
**Cc:** Paul Jonna <pjonna@limandri.com>; Charles Limandri <climandri@limandri.com>; Kathy Denworth <kdenworth@limandri.com>; Mark Myers <mmyers@limandri.com>; Robert Weisenburger <rweisenburger@limandri.com>; Mark Rienzi <mrienzi@becketlaw.org>; Eric Rassbach <erassbach@becketlaw.org>; Daniel Blomberg <dblomberg@becketlaw.org>; Christopher Ferrara <cferrara@thomasmoresociety.org>; Diana Thomson <dthomson@becketlaw.org>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Mark,

On our meet and confer call last Friday, concerning Plaintiffs' proposed motion for leave to proceed pseudonymously, you stated that Defendants' position was the same as outlined in your prior briefing. Specifically, in opposition to Plaintiffs' original application for a temporary restraining order, Defendants wrote:

> While Defendants are of the opinion that the standard requiring an "unusual case" where plaintiffs "reasonably fear severe harm" is not met here, *Doe v. Kamehameha Schools*, 596 F.3d 1036 (9th Cir. 2010), and that fear of severe harm is certainly not established through general statements on MSNBC or CNN, or by Jimmy Kimmel, Defendants are comfortable with Plaintiffs' offered stipulation based on two facts: 1) the irreparable harm Plaintiffs allege in their brief is related solely to Plaintiff Jill Doe's free exercise rights; and 2) Jill Does' declaration primarily addresses her religious beliefs, which Defendants have no reason to question, and one vague reference to an unidentified teacher and students. In other words, if Plaintiffs' irreparable harm assertions do not expand to issues of in-person school attendance versus distance learning, and the contention that a college athletic scholarship is within Jill Doe's reach but is gone forever if she cannot compete in the upcoming high school season — contentions Defendants are in no position to contest if school officials do not know who she is — Defendants will stipulate.

(Dkt. No. 15 at ECF p.31 n.13.)

Yesterday, Plaintiffs filed their renewed motion for a preliminary injunction and submitted declarations from the three moving children (which are also attached to this email). As you can see in them, they participate in extracurricular activities, but there is no allegation that those activities are needed for future benefit. The

only alleged harm is not being able to participate in school and extracurricular activities like other children.

Thus, we would like to take you up on your offer laid out in the above footnote to stipulate to proceeding pseudonymously at the current "stage of the proceedings," which can be revisited "at some later point in the proceedings." *Publius v. Boyer-Vine*, 321 F.R.D. 358, 365 (E.D. Cal. 2017). Because, as you noted below, Judge Bencivengo's order terminated at the end of the appeal, we believe we need to file a new motion with Judge Lopez. We would like to style it as an unopposed ex parte application.

You also mentioned on the call that if you needed the plaintiffs' identities for discovery purposes, those names should be disclosed subject to a protective order. In light of the nature of our motion for a preliminary injunction and because discovery has not started, we think this is premature. Although we are not generally opposed to the concept, we would need to negotiate a protective order that balances Plaintiffs' legitimate fears and desire not to be harassed at school with Defendants' reasonable needs to talk to people, including potentially at the plaintiffs' schools, about this case. We think this bridge can be crossed when we get to it, and that instead our motion should simply make clear that it is unopposed on the basis that it is without prejudice to being revisited as circumstances change, including specifically following the preliminary injunction proceedings and when discovery starts.

Jeff

***************************

**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Thursday, May 5, 2022 1:26 PM
**To:** Jeffrey Trissell <jtrissell@limandri.com>; Alyssa Ruiz de Esparza <ARuizdeEsparza@aalrr.com>; Amy W. Estrada <AEstrada@aalrr.com>
**Cc:** Paul Jonna <pjonna@limandri.com>; Charles Limandri <climandri@limandri.com>; Kathy Denworth <kdenworth@limandri.com>; Mark Myers <mmyers@limandri.com>; Robert Weisenburger <rweisenburger@limandri.com>; Mark Rienzi <mrienzi@becketlaw.org>; Eric Rassbach <erassbach@becketlaw.org>; Daniel Blomberg <dblomberg@becketlaw.org>; Christopher Ferrara <cferrara@thomasmoresociety.org>;

Diana Thomson <dthomson@becketlaw.org>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

2pm tomorrow works, thanks.

Best,

**Mark R. Bresee** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Cell (949) 294-7439 • Main (858) 485-9526 • Direct Fax (562) 653-3658
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



Please consider the environment before printing this e-mail.

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Thursday, May 05, 2022 12:32 PM
**To:** Mark R. Bresee; Alyssa Ruiz de Esparza; Amy W. Estrada
**Cc:** Paul Jonna; Charles Limandri; Kathy Denworth; Mark Myers; Robert Weisenburger; Mark Rienzi; Eric Rassbach; Daniel Blomberg; Christopher Ferrara; Diana Thomson
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

**[EXTERNAL MESSAGE]**

Mark,

First, your email about our motion for leave to proceed pseudonymously asked about the factual basis for it. Beyond what's in our complaint, we intend to submit declarations from the various plaintiffs and submit disturbing internet harassment that we've found online (see attached). Our motion intends to seek solely the continuation of Judge Bencivengo's prior order granting leave to proceed pseudonymously during the current preliminary stages of this case.

Second, in light of your below email, let's move the call to 2:00 p.m. tomorrow. We'll endeavor to research the issues that you raised and provide a substantive response before then.

Jeff

***************************
**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Thursday, May 5, 2022 12:04 PM
**To:** Jeffrey Trissell <jtrissell@limandri.com>
**Cc:** Paul Jonna <pjonna@limandri.com>; Charles Limandri <climandri@limandri.com>;
Kathy Denworth <kdenworth@limandri.com>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Hello,

I am providing this email to add an issue to our discussion, pursuant to Rule 3(A) Judge
Lopez's Chamber Rules. If you want to move the call to tomorrow to give you additional
time to consider this information, I am available after 1:00 p.m.

We are still contemplating other possibilities/issues, but one that must be addressed
immediately is the 11th Amendment issues your FAC raises. In the FAC, unlike in the
original complaint, you now name two individuals in their official capacity and their
individual capacity, and you have added actual damages to the prayer for relief.
California school districts are state agencies for purposes of the 11th Amendment (see,
e.g. *Belanger v. Madera USD*, 963 F.2d 248 (9th Cir. 1992)), and while you are certainly
not barred from seeking prospective injunctive relief against state officials acting in their
official capacities, converting prior official capacity allegations to individual capacity
allegations seeking damages raises pleading and qualified immunity issues. Additionally,
in addition to pleadings being inconsistent between your original complaint and the FAC,
the latter does not identify which alleged actions by Jackson and Barrera were outside of
their official capacities or, with the exception of the first cause of action, which causes of
action are against them in their individual capacities.

It is well-settled that these issues "ordinarily should be decided by the court long before
trial" *Hunter v. Bryant*, 502 U.S. 224, 228 (1991), and we consider it important to do so in
this case.

Best,

**Mark R. Bresee** | Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Cell (949) 294-7439 • Main (858) 485-9526 • Direct Fax (562) 653-3658
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



Please consider the environment before printing this e-mail.

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or
privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any
disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error,
please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Mark R. Bresee
**Sent:** Wednesday, May 04, 2022 12:04 PM
**To:** 'Jeffrey Trissell'
**Cc:** Paul Jonna; Charles Limandri; Kathy Denworth
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.000302.87738]

3:30pm it is. No conference line necessary unless needed for your group. If not, call me
at (949) 294-7439.

Best,

**Mark R. Bresee** | Senior Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



🌲 **Please consider the environment before printing this e-mail**

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Wednesday, May 4, 2022 11:43 AM
**To:** Mark R. Bresee
**Cc:** Paul Jonna; Charles Limandri; Kathy Denworth
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

**[EXTERNAL MESSAGE]**

Mark,

Let's do 3:30 p.m. Do we need a conference line, or should we just call you at the number below?

Jeff

**************************
**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Wednesday, May 4, 2022 11:21 AM
**To:** Jeffrey Trissell <jtrissell@limandri.com>
**Subject:** RE: [EXTERNAL] Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Hi Jeff,

11

Sorry for the delay — I have been wading through my inbox, setting up witness interviews in another case, and am considering my next steps in this case.

Best for me is tomorrow after 3:00pm.

Best,

**Mark R. Bresee** | Senior Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website | subscribe | blog



 Please consider the environment before printing this e-mail

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Tuesday, May 3, 2022 3:38 PM
**To:** Mark R. Bresee; Alyssa Ruiz de Esparza; Amy W. Estrada
**Cc:** Paul Jonna; Kathy Denworth; Charles Limandri; Mark Rienzi; Eric Rassbach; Daniel Blomberg; Christopher Ferrara; Mark Myers; Robert Weisenburger
**Subject:** RE: [EXTERNAL] RE: Doe v. SDUSD [AALRR-Cerritos.005555.00346]

**[EXTERNAL MESSAGE]**

Mark,

I'm following up on the below. When are you available to meet and confer.?

Jeff

**From:** Jeffrey Trissell
**Sent:** Wednesday, April 27, 2022 5:14 PM
**To:** 'Mark R. Bresee' <MBresee@aalrr.com>; Alyssa Ruiz de Esparza <ARuizdeEsparza@aalrr.com>; 'Amy W. Estrada' <AEstrada@aalrr.com>
**Cc:** Paul Jonna <pjonna@limandri.com>; Kathy Denworth <kdenworth@limandri.com>; Charles Limandri <climandri@limandri.com>; Mark Rienzi <mrienzi@becketlaw.org>; Eric Rassbach <erassbach@becketlaw.org>; Daniel Blomberg <dblomberg@becketlaw.org>; Christopher Ferrara <cferrara@thomasmoresociety.org>; Mark Myers <mmyers@limandri.com>; Robert Weisenburger <rweisenburger@limandri.com>
**Subject:** RE: [EXTERNAL] RE: Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Mark,

We will still need to telephonically meet and confer about our motion for leave to proceed pseudonymously. So when you can, please identify times early next week when we can have a conference call.

Thank you,

Jeff

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Jeffrey Trissell
**Sent:** Wednesday, April 27, 2022 10:01 AM
**To:** 'Mark R. Bresee' <MBresee@aalrr.com>
**Cc:** Paul Jonna <pjonna@limandri.com>; Kathy Denworth <kdenworth@limandri.com>
**Subject:** RE: [EXTERNAL] RE: Doe v. SDUSD [AALRR-Cerritos.005555.00346]

Mark,

Then I think we're in agreement. My only concern was that there be no ambiguity. This will confirm that Plaintiffs will be filing a FAC, to which Defendants do not object. The parties will treat this amendment as Plaintiffs' one amendment "as a matter of course" such that any further amendments require consent or leave of court.

Jeff

**From:** Mark R. Bresee <MBresee@aalrr.com>
**Sent:** Wednesday, April 27, 2022 9:42 AM
**To:** Jeffrey Trissell <jtrissell@limandri.com>
**Cc:** Paul Jonna <pjonna@limandri.com>
**Subject:** Re: [EXTERNAL] RE: Doe v. SDUSD [AALRR-Cerritos.005555.00346]

My lack of consent was in case you were trying to goad me into consenting pursuant to FRCP 15(a)(2), thereby preserving your "matter of course" filing under FRCP 15(a)(1).

Best,

Mark Bresee, Partner
AALRR
Cell: (949) 294-7439
(Sent from iPad)

On Apr 27, 2022, at 8:32 AM, Jeffrey Trissell <[jtrissell@limandri.com](mailto:jtrissell@limandri.com)> wrote:

 Mark,

I read your lack of consent to mean that you would insist that we file a motion. If you will not file a motion to strike our FAC as improperly filed because your position is simply that the plaintiffs should have to use up their one amendment as of right, I don't think that will be a problem for us. Please confirm.

Thank you,

Jeff

Sent from my iPhone

> On Apr 27, 2022, at 8:10 AM, Mark R. Bresee <[MBresee@aalrr.com](mailto:MBresee@aalrr.com)> wrote:
>
>  In your initial email below you did not state or imply that you would be filing a motion related to an amended complaint. If that is your intent, I can take a call at 8am Friday.
>
> Best,
>
> Mark Bresee, Partner
> AALRR
> Cell: (949) 294-7439
> (Sent from iPhone)

> > On Apr 26, 2022, at 6:59 PM, Jeffrey Trissell <[jtrissell@limandri.com](mailto:jtrissell@limandri.com)> wrote:
> >
> > **[EXTERNAL MESSAGE]**
> > _____
> >
> > Ms. Estrada and Ms. Ruiz de Esparza,
> >
> > Time is of the essence in this matter as our clients need relief before the School District's impending vaccination deadlines this summer. Yet Judge Lopez's chambers rules are clear that the parties must telephonically meet and confer in

advance of the filing of any motion—especially a motion where the parties could resolve the dispute themselves, such as consent to the filing of an amended pleading. Thus, with Mr. Bresee unavailable until next week, please let us know when either of you are available for a telephonic meet and confer call later this week to discuss the amended complaint and on what basis the School District will oppose a motion for leave to file an amended complaint. Plaintiffs' position is simply that the changed circumstances that the Ninth Circuit noted in dismissing the appeal make clear that an amended complaint addressing those changed circumstances is needed. The pseudonymity issue is not as time sensitive and can wait for a later meet and confer.

Jeff

***************************

**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s).  If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.  If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

**From:** Mark R. Bresee
<[MBresee@aalrr.com](mailto:MBresee@aalrr.com)>
**Sent:** Tuesday, April 26, 2022 6:16 PM
**To:** Jeffrey Trissell
<[jtrissell@limandri.com](mailto:jtrissell@limandri.com)>; Alyssa Ruiz de
Esparza <[ARuizdeEsparza@aalrr.com](mailto:ARuizdeEsparza@aalrr.com)>
**Cc:** Charles Limandri
<[climandri@limandri.com](mailto:climandri@limandri.com)>; Mark Rienzi
<[mrienzi@becketlaw.org](mailto:mrienzi@becketlaw.org)>; Eric
Rassbach <[erassbach@becketlaw.org](mailto:erassbach@becketlaw.org)>;
Daniel Blomberg
<[dblomberg@becketlaw.org](mailto:dblomberg@becketlaw.org)>;
Christopher Ferrara
<[cferrara@thomasmoresociety.org](mailto:cferrara@thomasmoresociety.org)>;
Kathy Denworth
<[kdenworth@limandri.com](mailto:kdenworth@limandri.com)>; Paul
Jonna <[pjonna@limandri.com](mailto:pjonna@limandri.com)>; Mark
Myers <[mmyers@limandri.com](mailto:mmyers@limandri.com)>
**Subject:** RE: Doe v. SDUSD [AALRR-
Cerritos.005555.00346]

Mr. Trissell,

Sorry for the delay. I am leaving town in
the morning, until next Monday, and
have been up to my eyeballs in tasks
that have to be done before I leave.

Amending your complaint is dictated by
the FRCP. You may be seeking my
consent in order to claim you are filing
under FRCP 15(a)(2), thus preserving
another amendment as a matter of
course under FRCP 15(a)(1). *Ramirez
v. County of San Bernardino*, 806 F.3d
1002, 1007 (9th Cir. 2015). To be clear,
Defendants <u>do not</u> consent to the filing
of an amended pleading.

As for "the new plaintiffs … proceed[ing]
pseudonymously in this matter during
the preliminary injunction phase," I think
it makes more sense to meet and confer
regarding that after you have filed the
amended complaint, so I have a clear
idea regarding the factual basis for
seeking anonymity. You also appear to
suggest that Judge Bencivengo's order
on the subject of the Does applies
"during the preliminary injunction
phase," presumably multiple preliminary
injunction phases, and need only be
"extended" only as to new plaintiffs. This
is clearly inaccurate. The order
"temporarily permit[ted] Plaintiffs to

proceed anonymously" until "this case returns after Plaintiffs' appeal," at which time it would be revisited. *Doe v. San Diego Unified Sch. Dist.*, 2021 WL 5396136, at *5 (SD Cal. 2021); *Doe 1 v. Perkiomen Valley School Dist.*, (ED Penn. 2022) [accurately describing *Doe v. San Diego Unified* order that plaintiffs "could proceed using pseudonyms but permitted them to do so *while they appealed the denial of their motion for a temporary restraining order*"] (emphasis added). The case has returned to the district court after your appeal, the order temporarily permitting the Does to proceed pseudonymously is not longer in effect, and if you ask the Court to renew the authorization for them to proceed pseudonymously we intend to oppose it.

Best,

**Mark R. Bresee** | Senior Partner
Atkinson, Andelson, Loya, Ruud & Romo
4275 Executive Square, Suite 700, La Jolla, California 92037
Direct (562) 653-3437 • Main (858) 485-9526 • Direct Fax (562) 653-3658 • Cell (949) 294-7439
MBresee@aalrr.com | vcard | bio | website |
subscribe | blog



🦢 **Please consider the environment before printing this e-mail**

This electronic message transmission contains information from the Firm of Atkinson, Andelson, Loya, Ruud & Romo which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying or distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (562-653-3200) or by electronic mail immediately. Thank you.

**From:** Jeffrey Trissell [mailto:jtrissell@limandri.com]
**Sent:** Tuesday, April 26, 2022 5:20 PM
**To:** Mark R. Bresee; Alyssa Ruiz de Esparza
**Cc:** Charles Limandri; Mark Rienzi; Eric Rassbach; Daniel Blomberg; Christopher Ferrara; Kathy Denworth; Paul Jonna; Mark Myers
**Subject:** [EXTERNAL] RE: Doe v. SDUSD

**[EXTERNAL MESSAGE]**

Mr. Bresee,

I am following up on the below email. Please let us know when you are available to meet and confer this week.


Jeff

**************************

**Jeffrey M. Trissell** | Senior Associate

**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067

Tel: (858) 759-9930 | Fax: (858) 759-9938

jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s). If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law. If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.

---

**From:** Jeffrey Trissell
**Sent:** Thursday, April 21, 2022 4:06 PM
**To:** Mark R. Bresee <MBresee@aalrr.com>; Alyssa Ruiz de Esparza <ARuizdeEsparza@aalrr.com>
**Cc:** Charles Limandri <climandri@limandri.com>; Mark Rienzi <mrienzi@becketlaw.org>; Eric Rassbach <erassbach@becketlaw.org>; Daniel Blomberg <dblomberg@becketlaw.org>; Christopher Ferrara <cferrara@thomasmoresociety.org>; Kathy Denworth <kdenworth@limandri.com>; Paul Jonna <pjonna@limandri.com>; Mark

Myers <mmyers@limandri.com>
**Subject:** Doe v. SDUSD

Mr. Bresee,

Now that the Ninth Circuit has dismissed Plaintiffs' appeal, Plaintiffs intend to file a First Amended Complaint which also adds additional plaintiffs and file a new motion for a preliminary injunction.

With respect to the amended complaint, because Defendants have not answered, we do not believe that our filing of it should be an issue. *See Worldwide Church of God, Inc. v. State of Cal.*, 623 F.2d 613, 616 (9th Cir. 1980). However, to avoid any confusion, please confirm that Defendants will consent to an amended pleading that addresses the new COVID-19 vaccine mandate set to go into effect this summer.

Along with the motion for a preliminary injunction, Plaintiffs also intend to file a motion seeking leave for the new plaintiffs to proceed pseudonymously in this matter during the preliminary injunction phase. Pursuant to Judge Lopez's chambers rules, the parties must meet and confer on this relief in advance of Plaintiffs filing their motion. *See* Hon. Linda Lopez U.S. District Judge Civil Chambers Rules, § 3.A (Mar. 10, 2022). Our motion will solely seek to extend Judge Bencivengo's prior order to cover the new plaintiffs. It will be very similar to our prior motion, with the limited exception of containing additional case law. *See, e.g., Does 1-2 v. Hochul*, No. 21-CV-5067 (AMD) (TAM), 2022 WL 836990 (E.D.N.Y. Mar. 18, 2022); *Navy Seal 1 v. Austin*, No. 8:21-CV-2429-SDM-TGW, 2022 WL 520829 (M.D. Fla.

Feb. 18, 2022); *Air Force Officer v. Austin*, No. 5:22-CV-00009-TES, 2022 WL 468030 (M.D. Ga. Feb. 15, 2022); *Does 1-6 v. Mills*, No. 1:21-CV-00242-JDL, 2021 WL 4005985 (D. Me. Sept. 2, 2021). Please let us know Defendants' position on this motion and when you are available to meet and confer.

Jeff

***************************

**Jeffrey M. Trissell** | Senior Associate
**LiMANDRI & JONNA LLP** | P.O. Box 9120 | Rancho Santa Fe, CA 92067
Tel: (858) 759-9930 | Fax: (858) 759-9938
jtrissell@limandri.com | www.limandri.com

This communication (including any attachments) contains confidential information protected by the attorney-client privilege and/or attorney work-product privilege intended only for a specific person(s) or entity(ies) named as the recipient(s).  If you are not the intended recipient(s), you should delete this communication and/or shred the materials and any attachments and are hereby notified that any disclosure, copying, use or distribution of this communication, or the taking of any action based in it, is strictly prohibited by law.  If you receive this transmission by error, please notify us by telephone immediately. If you receive this communication, and it contains serious allegations against you or a person(s) you represent which you do not repudiate, the failure to repudiate will constitute an admission of the allegations. Thank you.