

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Doe, et al., | Civil Action No. 21-cv-01809-LL-MDD |
| **Plaintiff,** | |
| V. | |
| San Diego Unified School District, et al. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

For the reasons stated herein, is hereby ORDERED that the operative Complaint is DISMISSED for lack of subject matter jurisdiction. In light of the Court's Order dismissing the case for lack of subject matter jurisdiction, Plaintiffs' Motion to Proceed Pseudonymously (ECF No. 54) is DENIED AS MOOT. Case is closed.

Date: 11/16/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ D.Frank

D.Frank, Deputy